## FW-003

### Order on Court Fee Waiver (Superior Court)

*Clerk stamps date here when form is filed.*

**FILED**
Superior Court of California
County of Los Angeles

12/09/2019

Sherri R. Carter, Executive Officer / Clerk of Court

By: _____ J Huynh _____ Deputy

**(1) Person who asked the court to waive court fees:**

Name: John August

Street or mailing address: 5939 Coldbrook Ave. Room 3

City: Lakewood   State: CA   Zip: 90713

**(2) Lawyer, if person in (1) has one** *(name, address, phone number, e-mail, and State Bar number):*

_____

_____

_____

**(3)** A request to waive court fees was filed
on *(date):* 12/09/2019

☐ The court made a previous fee waiver order in this case
on *(date):* _____

*Fill in court name and street address:*

**Superior Court of California, County of Los Angeles**

Stanley Mosk Courthouse

111 North Hill Street

Los Angeles CA 90012

*Fill in case number and case name:*

**Case Number:**
19STSC13664

**Case Name:**
JOHN AUGUST vs ST. JOHN'S WELL CHILD AND FAMILY CENTER

*Read this form carefully. All checked boxes* ☑ *are court orders.*

**Notice:** The court may order you to answer questions about your finances and later order you to pay back the waived fees. If this happens and you do not pay, the court can make you pay the fees and also charge you collection fees. If there is a change in your financial circumstances during this case that increases your ability to pay fees and costs, you must notify the trial court within five days. (Use form FW-010.) If you win your case, the trial court may order the other side to pay the fees. If you settle your civil case for **$10,000** or more, the trial court will have a lien on the settlement in the amount of the waived fees. The trial court may not dismiss the case until the lien is paid.

**(4)** After reviewing your *(check one):*   ☑ *Request to Waive Court Fees*   ☐ *Request to Waive Additional Court Fees*
**the court makes the following orders:**

a. ☑ The court **grants** your request, as follows:

(1) ☑ **Fee Waiver.** The court grants your request and waives your court fees and costs listed below. *(Cal. Rules of Court, rule 3.55 and 8.818.)* You do not have to pay the court fees for the following:

- Filing papers in Superior Court
- Making copies and certifying copies
- Sheriff 's fee to give notice
- Court fees for phone hearings
- Giving notice and certificates
- Sending papers to another court department
- Court-appointed interpreter in small claims court
- Reporter's fee for attendance at hearing or trial, if reporter provided by the court.
- Assessment for court investigations under Probate Code section 1513, 1826, or 1851.
- Preparing and certifying the clerk's transcript on appeal.
- Holding in trust the deposit for a reporter's transcript on a appeal under rule 8.130 or 8.834.
- Making a transcriptor copy of an official electronic recording under rule 8.835.

(2) ☐ **Additional Fee Waiver.** The court grants your request and waives your additional superior court fees and costs that are checked below. *(Cal. Rules of Court, rule 3.56.)* You do not have to pay for the

☐ Jury fees and expenses
☐ Fees for court-appointed experts
☐ Fees for a peace officer to testify in court
☐ Court-appointed interpreter fees for a witness

☐ Other *(specify):* _____

Judicial Council of California, *www.courtinfo.ca.gov*
Revised July 1, 2015, Mandatory Form
Government Code, § 68634(e)
California Rules of Court, rule 3.52

**Order on Court Fee Waiver (Superior Court)**

**FW-003,** Page 1 of 2

USA_000001

Your name: John August

Case Number:
19STSC13664

b. ☐ The court **denies** your request, as follows:

> **Warning!** If you miss the deadline below, the court cannot process your request for hearing or the court papers you filed with your original request. If the papers were a notice of appeal, the appeal may be dismissed.

(1) ☐ The court **denies** your request because it is incomplete. You have **10 days** after the clerk gives notice of this order (see date of service on next page) to:
- Pay your fees and costs, or
- File a new revised request that includes the items listed below *(specify incomplete items):*

_____

(2) ☐ The court **denies** your request because the information you provided on the request shows that you are not eligible for the fee waiver you requested *(specify reasons):* _____

The court has enclosed a blank *Request for Hearing About Court Fee Waiver Order (Superior Court),* form FW-006. You have **10 days** after the clerk gives notice of this order (see date of service below) to:
- Pay your fees and costs in full or the amount listed in c. below, or
- Ask for a hearing in order to show the court more information. *(Use form FW-006 to request hearing.)*

c. ☐ The court needs more information to decide whether to grant your request. You must go to court on the date below. The hearing will be about *(specify questions regarding eligibility):* _____

_____
_____

☐ Bring the following proof to support your request if reasonably available:

Name and address of court if different from page 1:

**Hearing Date** →  Date: _____  Time: _____  _____

Dept.: _____  Rm.: _____  _____

> **Warning!** If item c is checked, and you do not go to court on your hearing date, the judge will deny your request to waive court fees, and you will have 10 days to pay your fees. If you miss that deadline, the court cannot process the court papers you filed with your request. If the papers were a notice of appeal, the appeal may be dismissed.

Sherri R. Carter, Executive Officer / Clerk of Court

J Huynh

Date: 12/09/2019

Signature of (check one):   Judicial Officer   ✓ Clerk, Deputy

**Request for Accommodations.** Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least 5 days before your hearing. Contact the clerk's office for *Request for Accommodation,* Form MC-410. (Civil Code, § 54.8.)

## Clerk's Certificate of Service

I certify that I am not involved in this case and *(check one):*   ☐ A certificate of mailing is attached.

☑ I handed a copy of this order to the party and attorney, if any, listed in ① and ②, at the court, on the date below.

☐ This order was mailed first class, postage paid, to the party and attorney, if any, at the addresses listed in ① and ②, from *(city):* Los Angeles _____, California on the date below.

Sherri R. Carter, Executive Officer / Clerk of Court

Date: 12/09/2019 _____  , by J Huynh _____, Deputy

**This is a Court Order.**

**Order on Court Fee Waiver (Superior Court)**

USA_000002

## SC-100 Plaintiff's Claim and ORDER to Go to Small Claims Court

**Notice to the person being sued:**

- You are the defendant if your name is listed in ② on page 2 of this form. The person suing you is the plaintiff, listed in ① on page 2.
- You and the plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

**Aviso al Demandado:**

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

---

*Clerk stamps date here when form is filed.*

**FILED**
Superior Court of California
County of Los Angeles
**12/09/2019**
Sherri R. Carter, Executive Officer / Clerk of Court
By: _____ J Huynh _____ Deputy

---

*Fill in court name and street address:*

Superior Court of California, County of
Los Angeles
Stanley Mosk Courthouse
111 North Hill Street
Los Angeles, CA 90012

---

*Court fills in case number when form is filed.*

**Case Number:** 19STSC13664

**Case Name:**
AUGUST
vs
ST. JOHN'S WELL CHILD AND FAMILY CENTER

---

### Order to Go to Court

**The people in ① and ② must go to court:** *(Clerk fills out section below.)*

| Trial Date | | Date | Time | Department | Name and address of court, if different from above |
|---|---|---|---|---|---|
| | 1. | 02/06/2020 | 8:30 AM | 90 | |
| | 2. | | | | |
| | 3. | | | Sherri R. Carter, Executive Officer / Clerk of Court |
| | Date: | 12/09/2019 | Clerk, by | J Huynh | , Deputy |

---

### Instructions for the person suing:

- You are the plaintiff. The person you are suing is the defendant.
- *Before* you fill out this form, read form SC-100-INFO, *Information for the Plaintiff,* to know your rights. Get SC-100-INFO at any courthouse or county law library, or go to *www.courts.ca.gov/smallclaims/forms.*
- Fill out pages 2 and 3 of this form. Then make copies of **all** pages of this form. (Make one copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.
- You must have someone at least 18—not you or anyone else listed in this case—give each defendant a court-stamped copy of all five pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See forms SC-104, SC-104B, and SC-104C.
- **Go to court on your trial date listed above.** Bring witnesses, receipts, and any evidence you need to prove your case.

---

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2017, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER to Go to Small Claims Court**
**(Small Claims)**

**SC-100, Page 1 of 5**
→



Plaintiff *(list names):*

| Case Number: |
|---|
| 19STSC13664 |

**(1)** **The plaintiff (the person, business, or public entity that is suing) is:**

Name: John August                                          Phone:

Street address: 5939 Coldbrook Ave. Room 3, Lakewood, CA 90713

        *Street*                  *City*       *State*   *Zip*

Mailing address *(if different):*

        *Street*                  *City*       *State*   *Zip*

**If more than one plaintiff, list next plaintiff here:**

Name:                                                    Phone:

Street address:

        *Street*                  *City*       *State*   *Zip*

Mailing address *(if different):*

        *Street*                  *City*       *State*   *Zip*

☐ *Check here if more than two plaintiffs and attach form SC-100A.*

☐ *Check here if either plaintiff listed above is doing business under a fictitious name. If so, attach form SC-103.*

☐ *Check here if any plaintiff is a "licensee" or "deferred deposit originator" (payday lender) under Financial Code sections 23000 et seq.*

**(2)** **The defendant(the person, business, or public entity being sued) is:**

Name: St. John's Well Child and Family Center Inc.

Street address: 808 W. 58th St. LA          CA   90037

        *Street*                  *City*       *State*   *Zip*

Mailing address *(if different):*

        *Street*                  *City*       *State*   *Zip*

**If the defendant is a corporation, limited liability company, or public entity, list the person or agent authorized for service of process here:**

Name: Elizabeth Meiser              Job title, if known:

Address: 808 W. 58th St. LA CA   90037

    *Street*                  *City*       *State*   *Zip*

☐ *Check here if your case is against more than one defendant, and attach form SC-100A.*

☐ *Check here if any defendant is on active military duty, and write his or her name here:*

**(3)** **The plaintiff claims the defendant owes $** 10,000.00 *. (Explain below):*

a. Why does the defendant owe the plaintiff money?

  Medical negligence, I came in for chronic stomach pains and an MRI revealed a large mass. I was here told about this *(Date)!* 9/14/18 I had a heart attack where I was informed that it had been there since 2015.

When did this happen? *(Date)!*

b. If no specific date, give the time period: Date started: July 2015 Through: March 2019

c. How did you calculate the money owed to you? *(Do not include court costs or fees for service.)*

  Radiology report, Claim for damages, medical document

☐ *Check here if you need more space. Attach one sheet of paper or form MC-031 and write "SC-100, Item 3" at the top.*

---

Plaintiff *(list names):*

| Case Number: |
| --- |
| 19STSC13664 |

**4** You must ask the defendant (in person, in writing, or by phone) to pay you before you sue. If your claim is for possession of property, you must ask the defendant to give you the property. Have you done this?

☒ Yes   ☐ No   If no, explain why not:

_____

_____

**5** Why are you filing your claim at this courthouse?

This courthouse covers the area *(check the one that applies):*

a. ☒ (1) Where the defendant lives or does business.
     (2) Where the plaintiff's property was damaged.
     (3) Where the plaintiff was injured.

     (4) Where a contract (written or spoken) was made, signed, performed, or broken by the defendant *or* where the defendant lived or did business when the defendant made the contract.

b. ☐ Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim, is about an offer or contract for personal, family, or household goods, services, or loans. *(Code Civ. Proc., § 395(b).)*

c. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). *(Civ Code, § 1812.10.)*

d. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. *(Civ Code, § 2984.4.)*

e. ☐ Other *(specify):* _____

**6** List the zip code of the place checked in **5** above *(if you know):*    90037

**7** Is your claim about an attorney-client fee dispute? ☐ Yes ☒ No
*If yes, and if you have had arbitration, fill out form SC-101, attach it to this form, and check here:* ☐

**8** Are you suing a public entity? ☐ Yes ☒ No
*If yes, you must file a written claim with the entity first.* ☐ A claim was filed on *(date):* _____
*If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

**9** Have you filed more than 12 other small claims within the last 12 months in California?
☐ Yes ☒ No   *If yes, the filing fee for this case will be higher.*

**10** Is your claim for more than $2,500? ☒ Yes ☐ No
*If yes, I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.*

**11** I understand that by filing a claim in small claims court, I have no right to appeal this claim.

I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.

Date: 12/5/19    John August      ▶ *John August*
              *Plaintiff types or prints name here*        *Plaintiff signs here*

Date: _____

              *Second plaintiff types or prints name here*        *Second plaintiff signs here*

**Requests for Accommodations**

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the trial. Contact the clerk's office for form MC-410, *Request for Accommodations by Persons With Disabilities and Response. (Civ. Code, § 54.8.)*

USA_000005

## SC-100   Information for the defendant (the person being sued)

**"Small claims court"** is a special court where claims for $10,000 or less are decided. Individuals, including "natural persons" and sole proprietors, may claim up to $10,000. Corporations, partnerships, public entities, and other businesses are limited to claims of $5,000. (See below for exceptions.*) The process is quick and cheap. The rules are simple and informal. You are the *defendant*—the person being sued. The person who is suing you is the *plaintiff*.

**Do I need a lawyer?** You may talk to a lawyer before or after the case. But you *may not* have a lawyer represent you in court (unless this is an appeal from a small claims case).

**How do I get ready for court?** You don't have to file any papers before your trial, unless you think this is the wrong court for your case. But bring to your trial any witnesses, receipts, and evidence that supports your case. And read "Be Prepared for Your Trial" at *www.courts.ca.gov/smallclaims/prepare*.

**What if I need an accommodation?** If you have a disability or are hearing impaired, fill out form MC-410, *Request for Accommodations*. Give the form to your court clerk or the ADA/ Access Coordinator.

**What if I don't speak English well?** Ask the court clerk as soon as possible if your court has a court-provided interpreter available and how to request one. A court-provided interpreter may not be available. Alternatively, you may bring an adult who is not a witness or an attorney to interpret for you or ask the court for a list of interpreters for hire.

**Where can I get the court forms I need?** Go to any courthouse or your county law library, or print forms at *www. courts.ca.gov/smallclaims/forms*.

**What happens at the trial?** The judge will listen to both sides. The judge may make a decision at your trial or mail the decision to you later.

**What if I lose the case?** If you lose, you may appeal. You'll have to pay a fee. (Plaintiffs cannot appeal their own claims.)

- If you were at the trial, file form SC-140, *Notice of Appeal*. You must file within 30 days after the clerk hands or mails you the judge's decision (judgment) on form SC-200 or form SC-130, *Notice of Entry of Judgment*.

- If you were *not* at the trial, fill out and file form SC-135, *Notice of Motion to Vacate Judgment and Declaration*, to ask the judge to cancel the judgment (decision). If the judge does not give you a new trial, you have 10 days to appeal the decision. File form SC-140.

For more information on appeals, see *www.courts.ca.gov/ smallclaims/appeals*.

### Do I have options?
Yes. If you are being sued, you can:

- **Settle your case before the trial.** If you and the plaintiff agree on how to settle the case, the plaintiff must file form CIV-110, *Request for Dismissal*, with the clerk. Ask the Small Claims Advisor for help.

- **Prove this is the wrong court.** Send a letter to the court *before* your trial explaining why you think this is the wrong court. Ask the court to dismiss the claim. You must *serve* (give) a copy of your letter (by mail or in person) to all parties. (Your letter to the court must say you have done so.)

- **Go to the trial and try to win your case.** Bring witnesses, receipts, and any evidence you need to prove your case. To have the court order a witness to go to the trial, fill out form SC-107 (*Small Claims Subpoena*) and have it served on the witness.

- **Sue the person who is suing you.** If you have a claim against the plaintiff, and the claim is appropriate for small claims court as described on this form, you may file *Defendant's Claim* (form SC-120) and bring the claim in this action. If your claim is for *more* than allowed in small claims court, you may still file it in small claims court if you give up the amount over the small claims value amount, or you may file a claim for the full value of the claim in the appropriate court. If your claim is for more than allowed in small claims court and relates to the same contract, transaction, matter, or event that is the subject of the plaintiff's claim, you may file your claim in the appropriate court and file a motion to transfer the plaintiff's 's claim to that court to resolve both matters together. You can see a description of the amounts allowed in the paragraph above titled "Small Claims Court."

- **Agree with the plaintiff's claim and pay the money.** Or, if you can't pay the money now, go to your trial and say you want to make payments.

- **Let the case "default."** If you don't settle and do not go to the trial (default), the judge may give the plaintiff what he or she is asking for plus court costs. If this happens, the plaintiff can legally take your money, wages, and property to pay the judgment.

### What if I need more time?
You can change the trial date if:

- You cannot go to court on the scheduled date (you will have to pay a fee to postpone the trial), *or*

- You did not get served (receive this order to go to court) at least 15 days before the trial (or 20 days if you live outside the county), *or*

- You need more time to get an interpreter. One postponement is allowed, and you will not have to pay a fee to delay the trial.

Ask the Small Claims Clerk about the rules and fees for postponing a trial. Or fill out form SC-150 (or write a letter) and mail it to the court *and* to all other people listed on your court papers before the deadline. Enclose a check for your court fees, unless a fee waiver was granted.

 **Need help?**
Your county's Small Claims Advisor can help for free.

Small Claims Court Advisory Program
http://dcba.lacounty.gov
Monday - Friday, 8:00 a.m. - 4:30 p.m.
(213) 974-9759 or (800) 593-8222

Or go to *www.courts.ca.gov/smallclaims/advisor*.

* Exceptions: Different limits apply in an action against a defendant who is a guarantor. (See Code Civ. Proc., § 116.220(c).)

Revised January 1, 2017     **Plaintiff's Claim and ORDER to Go to Small Claims Court**     SC-100, Page 4 of 5
(Small Claims)     →

USA_000006

# SC-100

## Información para el demandado (la persona demandada)

La **"Corte de reclamos menores"** es una corte especial donde se deciden casos por $10,000 o menos. Los individuos, o las "personas físicas" y los propietarios por cuenta propia, pueden reclamar hasta $10,000. Las corporaciones, asociaciones, entidades públicas y otras empresas solo pueden reclamar hasta $5,000. (Vea abajo para las excepciones.*) El proceso es rápido y barato. Las reglas son sencillas e informales. Usted es el Demandado—la persona que se está demandando. La persona que lo está demandando es el Demandante.

**¿Necesito un abogado?** Puede hablar con un abogado antes o después del caso. Pero no puede tener a un abogado que lo represente ante la corte (a menos que se trate de una apelación de un caso de reclamos menores).

**¿Cómo me preparo para ir a la corte?** No tiene que presentar ningunos papeles antes del juicio, a menos que piense que ésta es la corte equivocada para su caso. Pero lleve al juicio cualquier testigo, recibos y pruebas que apoyen su caso. Y lea "Esté preparado para su juicio" en www.courts.ca.gov/reclamosmenores/prepararse.

**¿Qué hago si necesito una adaptación?** Si tiene una discapacidad o tiene impedimentos de audición, llene el formulario MC-410, Request for Accomodations. Entregue el formulario al secretario de la corte o al Coordinador de Acceso/ADA de su corte.

**¿Qué pasa si no hablo bien inglés?** Pregúntele al secretario de la corte lo más pronto posible si en el juzgado habrá un intérprete disponible y cómo solicitarlo. No siempre están disponibles los intérpretes de la corte. Otra opción es llevar a un adulto que pueda interpretar para usted siempre que esa persona no sea un testigo ni un abogado. O puede pedir a la corte una lista de intérpretes particulares disponibles para contratar.

**¿Dónde puedo obtener los formularios de la corte que necesito?** Vaya a cualquier edificio de la corte, la biblioteca legal de su condado, o imprima los formularios en www.courts.ca.gov/ smallclaims/forms (página está en inglés).

**¿Qué pasa en el juicio?** El juez escuchará a ambas partes. El juez puede tomar su decisión durante la audiencia o enviársela por correo después.

**¿Qué pasa si pierdo el caso?** Si pierde, puede apelar. Tendrá que pagar una cuota. (El Demandante no puede apelar su propio reclamo.)

- Si estuvo presente en el juicio, llene el formulario SC-140, Aviso de apelación (Notice of Appeal). Tiene que presentarlo dentro de 30 días después de que el secretario le entregue o envíe la decisión (fallo) del juez en el formulario SC-200 o SC-130, Aviso de publicación del fallo (Notice of Entry of Judgment).

- Si no estuvo en el juicio, llene y presente el formulario SC-135, Aviso de petición para anular el fallo y Declaración para pedirle al juez que anule el fallo (decisión). Si la corte no le otorga un nuevo juicio, tiene 10 días para apelar la decisión. Presente el formulario SC-140.

Para obtener más información sobre las apelaciones, vea www.courts.ca.gov/reclamosmenores/apelaciones.

**¿Tengo otras opciones?** Sí. Si lo están demandando, puede:

- **Resolver su caso antes del juicio.** Si usted y el Demandante se ponen de acuerdo en cómo resolver el caso, el Demandante tiene que presentar el formulario CIV-110, Solicitud de desestimación (Request for Dismissal) ante el secretario de la corte. Pídale al Asesor de Reclamos Menores que lo ayude.

- **Probar que es la corte equivocada.** Envíe una carta a la corte antes del juicio explicando por qué cree que es la corte equivocada. Pídale a la corte que despida el reclamo. Tiene que entregar (dar) una copia de su carta (por correo o en persona) a todas las partes. (Su carta a la corte tiene que decir que hizo la entrega.)

- **Ir al juicio y tratar de ganar el caso.** Lleve testigos, recibos y cualquier prueba que necesite para probar su caso. Si desea que la corte emita una orden de comparecencia para que sus testigos vayan al juicio, llene el formulario SC-107, Citatorio de reclamos menores (Small Claims Subpoena) y entrégueselo legalmente al testigo.

- **Demandar a la persona que lo demandó.** Si tiene un reclamo contra el Demandante, y el reclamo se puede presentar en la corte de reclamos menores, tal como se describe en este formulario, puede presentar el formulario SC-120, Reclamo del demandado (Defendant's Claim) y presentarlo en este mismo caso. Si su reclamo excede el límite permitido en la corte de reclamos menores, puede igualmente presentarlo en la corte de reclamos menores si está dispuesto a limitar su reclamo al máximo permitido, o puede presentar un reclamo por el monto total en la corte apropiada. Si su reclamo excede el límite permitido en la corte de reclamos menores y está relacionado con el mismo contrato, transacción, asunto o acontecimiento que el reclamo del Demandante, puede presentar su reclamo en la corte apropiada y presentar una moción para transferir el reclamo del Demandante a dicha corte, para poder resolver los dos reclamos juntos. Puede ver una descripción de los montos permitidos en el párrafo anterior titulado "Corte de reclamos menores".

- **Aceptar el reclamo del Demandante y pagar el dinero.** O, si no puede pagar en ese momento, vaya al juicio y diga que quiere hacer los pagos.

- **No ir al juicio y aceptar el fallo por falta de comparecencia.** Si no llega a un acuerdo con el Demandante y no va al juicio (fallo por falta de comparecencia), el juez le puede otorgar al Demandante lo que está reclamando más los costos de la corte. En ese caso, el Demandante legalmente puede tomar su dinero, su sueldo o sus bienes para cobrar el fallo.

**¿Qué hago si necesito más tiempo?** Puede cambiar la fecha del juicio si:

- No puede ir a la corte en la fecha programada (tendrá que pagar una cuota para aplazar el juicio), o
- No le entregaron los documentos legalmente (no recibió la orden para ir a la corte) por lo menos 15 días antes del juicio (ó 20 días si vive fuera del condado), o
- Necesita más tiempo para conseguir intérprete. (Se permite un solo aplazamiento sin tener que pagar cuota para aplazar el juicio).

Pregúntele al secretario de reclamos menores sobre las reglas y las cuotas para aplazar un juicio. O llene el formulario SC-150 (o escriba una carta) y envíelo antes del plazo a la corte y a todas las otras personas que figuran en sus papeles de la corte. Adjunte un cheque para pagar los costos de la corte, a menos que le hayan dado una exención.

 **¿Necesita ayuda?** El Asesor de Reclamos Menores de su condado le puede ayudar sin cargo.

Small Claims Court Advisory Program
http://dcba.lacounty.gov
Monday - Friday, 8:00 a.m. - 4:30 p.m.
(213) 974-9759 or (800) 593-8222

O visite www.courts.ca.gov/reclamosmenores/asesores.

* **Excepciones:** Existen diferentes límites en un reclamo contra un garante. (Vea el Código de Procedimiento Civil, sección 116.220 (c).)

USA_000007

AUGUST, JOHN

    5939 COLDBROOK AVE ROOM 3
    LAKEWOOD, CA 90713
    (323)420-1607

**FILED**
Superior Court of California
County of Los Angeles

**01/15/2020**

Sherri R. Carter, Executive Officer / Clerk of Court

By: _____Melissa Yelverton_____ Deputy

L.A SUPERIOR COURT STANLEY MOSK   19100
111 N HILL ST.                          Branch: 71
LOS ANGELES, CA 90012
                Case Number/19STSC13664
Plaintiff: AUGUST, JOHN                    PROOF OF SERVICE
Defendant: ST. JOHN'S WELL CHILD

Hearing Date: 02/06/20    Time: 08:30 AM    Dept/Div: 90    Room:

1. At the time of service, I was at least 18 years of age and not a party
   to this action, and SERVED COPIES OF THE:
   CLAIM OF PLAINTIFF AND ORDER

2. A. Party Served:
      ST. JOHN'S WELL CHILD AND        FAMILY CENTER INC.


   B. BY DELIVERING TO:
      TRINESE HASSEN-AUTHORIZED AGENT


   C. Address:
      808 W. 58TH ST
      LOS ANGELES, CA 90037

   D. By delivery: at business

3. I served the party named in item 2
   A. By personally delivering the copies:
      (1) On: 01/13/20    (2) At: 10:45 AM

**Unpaid Sheriff's costs per fee waiver GC68511.3 Court Rule 985: 40.00**


   Deputy ID: E535771
   Deputy JENNIFER J. DIGIOIA
   SHERIFF'S OFFICE
   1 REGENT ST., ROOM 122
   INGLEWOOD, CA 90301
   (310)-419-5625

   I am a California Sheriff. I certify that the foregoing is true & correct.

                              Alex Villanueva, Sheriff
Date: 01/13/20
 Br.: 71 71                    By:
'JUD. COUN. FORM, RULE 982(A)(23).'            J. DIGIOIA, Deputy

RECEIVED

JAN 1 5 REC'D

CIVIL OPERATIONS
SMALL CLAIMS OFFICE

AUGUST, JOHN

5939 COLDBROOK AVE ROOM 3
LAKEWOOD, CA 90713
(323)420-1607


L.A SUPERIOR COURT STANLEY MOSK    19100
111 N HILL ST.                     Branch: 71
LOS ANGELES, CA 90012
                    Case Number/19STSC13664
Plaintiff: AUGUST, JOHN                        PROOF OF SERVICE
Defendant: ST. JOHN'S WELL CHILD


    Declaration of Due Diligence: The following attempts were made:
        Date      Time           Address
1     01/13/20  10:45 AM  808 W. 58TH ST
                          LOS ANGELES, CA 90037
COMM:


    Deputy ID: E535771
    Deputy JENNIFER J. DIGIOIA
    SHERIFF'S OFFICE
    1 REGENT ST., ROOM 122
    INGLEWOOD, CA 90301
    (310)-419-5625


    I am a California Sheriff. I certify that the foregoing is true & correct.

                                    Alex Villanueva, Sheriff

Date: 01/13/20
 Br.: 71 71                 By: _____
'JUD. COUN. FORM, RULE 982(A)(23).'              J. DIGIOIA, Deputy

USA_000009

AUGUST, JOHN

5939 COLDBROOK AVE ROOM 3
LAKEWOOD, CA 90713
(323)420-1607


L.A SUPERIOR COURT STANLEY MOSK    19100
111 N HILL ST.                    Branch: 71
LOS ANGELES, CA 90012
                    Case Number/19STSC13664
Plaintiff: AUGUST, JOHN                    PROOF OF SERVICE
Defendant: ST. JOHN'S WELL CHILD


Documents:
  NOTICE OF  AVAILABILITY OF SMALL CLAIMS WEB PORTAL FOR
  INTERPRETER REQUESTS

## SC-109  Authorization to Appear

This form is used to tell the court you are authorized to appear for a plaintiff or defendant in a small claims case. You may also use this form to ask the court for permission to help a plaintiff or defendant who cannot properly speak for himself or herself.

You cannot appear for a defendant or plaintiff if your only job is to represent him or her in small claims court. If you are a lawyer, you can appear only as authorized by section 116.530 of the Code of Civil Procedure.

Fill out ①–④ on this page, then file it with the small claims clerk at or before the trial.

*Clerk stamps date here when form is filed.*

**FILED**
LOS ANGELES SUPERIOR COURT

FEB 0 6 2020

BY_____ DEPUTY

*Fill in court name and street address:*

**Superior Court of California, County of**
Los Angeles
Stanley Mosk Courthouse
111 North Hill Street
Los Angeles, CA 90012

① **List the name, address, and position of the person appearing:**

Name: Danielle Osby

Address: _____

Job title or relationship to the defendant or plaintiff you want to appear for: Executive Assistant to CMO/Credentialing Manager

*Fill in your case number and case name below:*

**Case Number:**
19STSC13664

**Case Name:**
August v St. John's Well Child And Family Center

② **Who are you appearing for?**
- ☑ A defendant in this case *(name):* St. John's Well Child And Fa
- ☐ A plaintiff in this case *(name):* _____

③ **Tell us about the defendant or plaintiff you are appearing for.**

I am appearing for a *(check one):*
- ☑ **Corporation** and I am an employee, officer, or director of that corporation.
- ☐ **Partnership** and I am an employee, officer, director, or partner of that partnership.
- ☐ **Other business** (not a corporation, partnership, or sole proprietorship) and I am an employee, officer, or director of that business.
- ☐ **Government agency or other public entity** and I am an employee, officer, or director of that agency or entity.
- ☐ **Sole proprietorship** and I am an employee of that business. I am qualified to testify about business records made in the regular course of business at or near the time of the event. The content of the business records is the only issue in this case. *(Evidence Code, § 1271).*
- ☐ **Plaintiff who was assigned to out-of-state active duty in the U.S. armed forces for more than 6 months** after filing this claim. I am not being paid to appear. I have not appeared in small claims court for other people more than 4 times in this calendar year.
- ☐ **Defendant or plaintiff who is in a jail, a prison, or another detention facility now.** I am not being paid to appear. I have not appeared in small claims court for other people more than 4 times in this calendar year.
- ☐ **Owner of rental property in California** who employs me as a property agent. This claim is about the rental property I manage.
- ☐ **Association** created to manage a common interest development and I am an agent, management company representative, or bookkeeper for that association.
- ☐ **Husband or wife** and my spouse and I are both listed on this claim and agree that either spouse can appear for the other.
- ☐ **Other** *(explain):* _____

④ I declare under penalty of perjury under California state law that the information above is true and correct.

Date: 2/6/2020

Danielle Osby
*Type or print your name*

► *(signature)*
*Sign your name*

**Authorization to Appear**
**(Small Claims)**

SC-109, Page 1 of 1

USA_000011

CENTRAL DISTRICT
Stanley Mosk Courthouse
111 North Hill Street
Los Angeles CA 90012

SMALL CLAIMS CASE NO: 19STSC13664

---

### – NOTICE TO ALL PLAINTIFFS AND DEFENDANTS –

Your small claims case has been decided. If you lost the case, and the court ordered you to pay money, your wages, money, and property
may be taken without further warning from the court. Read the back of this sheet for important information about your rights.

### – AVISO A TODOS LOS DEMANDANTES Y DEMANDADOS –

Su caso ha sido resuelto por la corte para reclarnos judiciales menores. Si la corte ha decidido en su contra  y ha ordenado que usted
pague dinero, le pueden quitar su salario, su dinero, y otras cosas de su propiedad, sin aviso adicional por parte de esta corte. Lea el
reverso de  este formulario para obtener informacion de importancia acerca de sus derechos.

---

| PLAINTIFF/DEMANDANTE | DEFENDANT/DEMANDADO |
|---|---|
| John August<br>5939 Coldbrook Ave.<br> Room 3<br> Lakewood, CA 90713 | St. John's Well Child and Family Center Inc.<br>5939 Coldbrook<br>Lakewood, CA 90713 |

### NOTICE OF ENTRY OF JUDGMENT

JUDGMENT WAS ENTERED AS STATED BELOW ON (DATE): 02/06/2020
Court orders judgment entered for Plaintiff John August against Defendant St. John's Well Child and Family Center Inc. on
the Plaintiff's Claim filed by John August on 12/09/2019 for the principal amount of $10,000.00 and costs of $115.00 for a
total of $10,115.00.

Waived fees and costs in the amount of $115.00, including those incurred after judgment, must be paid directly to the court
by Defendant St. John's Well Child and Family Center Inc.. A full or partial satisfaction of judgment will not be entered unless
waived fees are paid per Government Code section 68637(b)(1). An Administrative fee of $25.00 must be assessed if the
collection process is initiated to collect unpaid fees per Government Code section 68638.

----------------------------------------------------------------------------------------------------------------------------------------------------

Enforcement of the judgment is automatically postponed for 30 days or, if an appeal is filed, until the appeal is decided.

CLERK'S CERTIFICATE OF MAILING - I certify that I am not a party to this action.  This *Notice of Entry of Judgment* was mailed first class, postage
prepaid, in a sealed envelope to the parties at the addresses shown above. The mailing and this certification occurred at the place and on the date shown
below.

Place of mailing: Los Angeles CA 90012
**Date of mailing: 02/6/2020**

Sherri R. Carter, Executive Officer / Clerk of Court

*Hyon Chu Westfall*

Clerk by _____Hyon Chu Westfall_____ , Deputy

---

| - | **The county provides small claims advisor services free of charge. Read the information sheet on the reverse.** |
|---|---|

USA_000012

## INFORMATION AFTER JUDGMENT / *INFORMACION DESPUES DEL FALLO DE LA CORTE*

Your small claims case has been decided. The **judgment** or decision of the court appears on the front of this sheet. The court may have ordered one party to pay money to the other party. The person (or business) who won the case and who can collect the money is called the **judgment creditor.** The person (or business) who lost the case and who owes the money is called the **judgment debtor.**

Enforcement of the judgment is postponed until the time for appeal ends or until the appeal is decided. This means that the judgment creditor cannot collect any money or take any action until this period is over. Generally, both parties may be represented by lawyers after judgment.

**IF YOU LOST THE CASE . . .**

1. If you lost the case on your own claim and the court did not award you any money, the court's decision on your claim is **FINAL.** You may not appeal your own claim.

2. If you lost the case and the court ordered you to pay money, your money and property may be taken to pay the claim unless you do one of the following things:

   a. **PAY THE JUDGMENT**
      The law requires you to pay the amount of the judgment. You may pay the judgment creditor directly, or pay the judgment to the court for an additional fee. You may also ask the court to order monthly payments you can afford. Ask the clerk for information about these procedures.

   b. **APPEAL**
      If you disagree with the court's decision, you may appeal the decision *on the other party's claim. You* may not appeal the decision on your own claim. However, if any party appeals, there will be a new trial on *all* the claims. If you appeared at the trial, you *must* begin your appeal by filing a form called a *Notice of Appeal* (form SC-140) and pay the required fees within 30 *days* after the date this *Notice of Entry of Judgment* was mailed or handed to you. Your appeal will be in the superior court. You will have a **new trial** and you must present your evidence again. You may be represented by a lawyer.

   c. **VACATE OR CANCEL THE JUDGMENT**
      If you did not go to the trial, you may ask the court to vacate or cancel the judgment. To make this request, you must file a *Motion to Vacate the Judgment* (form SC-135) and pay the required fee *within 30 days* after the date this *Notice of Entry of Judgment* was mailed. If your request is denied, you then have 10 *days* from the date the notice of denial was mailed to file an appeal. The period to file the *Motion to Vacate the Judgment is 180 days* if you were *not properly served* with the claim. The 180-day period begins on the date you found out or should have found out about the judgment against you.

**IF YOU WON THE CASE .  . .**

1. If you were sued by the other party and you won the case, then the other party may not appeal the court's decision.

2. If you won the case and the court awarded you money, here are some steps you may take to collect your money or get possession of your property:

   a. **COLLECTING FEES AND INTEREST**
      Sometimes fees are charged for filing court papers or for serving the judgment debtor. These extra costs  can become part  of your original judgment. To claim these fees, ask the clerk for a *Memorandum of Costs.*

b. **VOLUNTARY PAYMENT**
Ask the judgment debtor to pay the money. If your claim was for possession of property, ask the judgment debtor to return the property to you. **THE COURT WILL NOT COLLECT THE MONEY OR ENFORCE THE JUDGMENT FOR YOU.**

c. **STATEMENT OF ASSETS**
If the judgment debtor does not pay the money, the law requires the debtor to fill out a form called the Judgment Debtor's Statement of Assets (form SC-133). This form will tell you what property the judgment debtor has that may be available to pay your claim. If the judgment debtor willfully fails to send you the completed form, you may file an *Application and Order to Produce Statement of Assets and to Appear for Examination* (form SC-134) and ask the court to give you your attorney's fees and expenses and other appropriate relief, after proper notice, under Code of Civil Procedure section 708.170.

d. **ORDER OF EXAMINATION**
You may also make the debtor come to court to answer questions about income and property. To do this, ask the clerk for an *Application and Order for Appearance and Examination (Enforcement of Judgment)* (form EJ-125) and pay the required fee. There is a fee if a law officer serves the order on the judgment debtor. You may also obtain the judgment debtors financial records. Ask the clerk for the *Small Claims Subpoena and Declaration* (form SC-107) or *Civil Subpoena Duces Tecum* (form SUBP-002).

e. **WRIT OF EXECUTION**
After you find out about the judgment debtor's property, you may ask the court for a *Writ of Execution* (form EJ-1 30) and pay the required fee. A writ of execution is a court paper that tells a law officer to take property of the judgment debtor to pay your claim. Here are some examples of the kinds of property the officer may be able to take: **wages, bank account, automobile, business property, or rental income.** For some kinds of property, you may need to file other forms. See the law officer for information.

f. **ABSTRACT OF JUDGMENT**
The judgment debtor may own land or a house or other buildings. You may want to put a lien on the property so that you will be paid if the property is sold. You can get a lien by filing an *Abstract of Judgment* (form EJ-001) with the county recorder in the county where the property is located. The recorder will charge a fee for the *Abstract of Judgment*

**NOTICE TO THE PARTY WHO WON:** As soon as you have been paid in full, you *must* fill out the form below and mail it to the court *immediately* or you may be fined. If an *Abstract of JUDGMENT* has been recorded, you must use another form; see the clerk for the proper form.

### SMALL CLAIMS CASE NO.:19STSC13664
ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT
*(Do not use this form if an Abstract of Judgment has been recorded.)*

To the Clerk of the Court:
I am the [ ] judgment creditor [ ] assignee of record.
I agree that the JUDGMENT in this action has been paid in full or otherwise satisfied.

**Date:**

_____   ▶ _____
(TYPE OR PRINT NAME)                                                (SIGNATURE)

USA_000013

<table>
<tr><td colspan="2">

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF LOS ANGELES

COURTHOUSE ADDRESS:

Stanley Mosk Courthouse

111 North Hill Street, Los Angeles, CA 90012

PLAINTIFF:

John August

DEFENDANT:

St. John's Well Child and Family Center Inc.

</td><td>

Reserved for Clerk's File Stamp

**FILED**
Superior Court of California
County of Los Angeles

02/06/2020

Sherri R. Carter, Executive Officer / Clerk of Court

By: _Hyon Chu Westfall_ Deputy

Hyon Chu Westfall

</td></tr>
<tr><td>

**NOTICE OF PAYMENT DUE ON WAIVED FEES AND COSTS**

</td><td>

CASE NUMBER:

19STSC13664

</td></tr>
</table>

To: St. John's Well Child and Family Center Inc.

Total fees and costs waived by the court and are now due: $ 115.00

As described above, fees were originally waived, pursuant to Government Code section 68630 et seq. The court will not enter a partial or full satisfaction of the judgment unless waived fees are reimbursed to the court immediately. The amount due is to be remitted to the Superior Court of California, County of Los Angeles pursuant to Government Code section 68637. Please return this letter with your remittance to the above address, Attn: Clerk's Office. Do not mail cash payment.

Notwithstanding other provisions of the law, if the total fees and costs waived by the court is not remitted to the court within 45 days of the mailing of this notice, the court may do any or all of the following: issue a Writ of Execution, issue an Abstract of Judgment and/or refer the unpaid fees and costs to a collection services provider. Additional fees and cost for enforcing the judgment and/or an administrative fee may also be assessed as provided in Government Code section 68638.

**NOTICE OF PAYMENT DUE
ON WAIVED FEES AND COSTS**

LACIV 177 (Rev. 07/15)
LASC Approved 07-05

Gov. Code, § 68630 et seq.

USA_000014

| # SUPERIOR COURT OF CALIFORNIA<br># COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Stanley Mosk Courthouse<br>111 North Hill Street, Los Angeles, CA 90012 | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>**02/06/2020**<br>Sherri R. Carter, Executive Officer / Clerk of Court<br>By: _Hyon Chu Westfall_ Deputy<br>Hyon Chu Westfall |
| PLAINTIFF/PETITIONER:<br>John August | |
| DEFENDANT/RESPONDENT:<br>St. John's Well Child and Family Center Inc. | |
| ## CERTIFICATE OF MAILING | CASE NUMBER:<br>19STSC13664 |

**I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Payment Due on Waived Fees and Costs upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.**

St. John's Well Child and Family Center Inc.
5939 Coldbrook
Lakewood, CA  90713

Sherri R. Carter, Executive Officer / Clerk of Court

Dated: 02/6/2020                    By:  Hyon Chu Westfall
                                         Deputy Clerk

## CERTIFICATE OF MAILING

USA_000015

**SC-105**   **Request for Court Order and Answer**
(Small Claims)

## Request

This form is used to ask the court to make an order before or after the trial in a small claims case. The court will notify all plaintiffs and defendants in this case about its decision by mail, at the trial, or at a hearing (depending on when the request is filed).

**If you are the person asking the court to make an order,** ask the Small Claims Advisor if this is the right form for the kind of order you want. If so, follow these steps:

- Fill out page 1 of this form and file it at the clerk's office.
- If you are making this request *before* your trial, you must mail (or deliver in person) a copy of this form to all other plaintiffs and defendants in your case. *Exception:* If the plaintiff's claim has not been served, you do not have to serve this request on the other plaintiffs and defendants in your case.
- If you are making this request *after* the judge has decided your case, the clerk will mail a copy of this form to all other plaintiffs and defendants in your case. The court will give the other plaintiffs and defendants at least 10 days to answer this *Request.*

**If you receive this form,** read below, then fill out ⑦ – ⑩ on page 2.

Clerk stamps date here when form is filed.

# FILED
LOS ANGELES SUPERIOR COURT

FEB 0 6 2020

BY _____ DEPUTY

Fill in court name and street address:

Superior Court of California, County of
Los Angeles
Stanley Mosk Courthouse
111 North Hill Street
Los Angeles, CA 90012

Fill in your case number and case name below:

Case Number:
19STSC13664

Case Name:
AUGUST V ST JOHNS WELL
CHILD AND FAMILY CENTER

① **The person asking the court to make an order is:**

Name: Anitha Mullagi; St. John's Well Child & Family Center
Address: 808 W. 58th St. Los Angeles, CA 90037
Check one:   ☑ A defendant in this case   ☐ A plaintiff in this case
☐ Other *(explain):* _____

② **Notice to:** *(List names and addresses of all other defendants and plaintiffs in your case.)*

| | Name | Address |
|---|---|---|
| a. | John August | 5939 Coldbrook Ave., Room 3, Lakewood, CA 90713 |
| b. | | |
| c. | | |

☐ *Check here if you need more space. Use Form MC-031 or a plain sheet of paper. Write "SC-105, Item 2" on top.*

If your request is made before the trial and after the claim was served, fill out below:
I   ☑ mailed   ☐ delivered in person   a copy of this form to everyone listed in ② on *(date):* 02/04/2020

③ **I ask the court to make the following order** *(specify):*

Dismiss for lack of jurisdiction

☐ *Check here if you need more space. Use Form MC-031 or a plain sheet of paper. Write "SC-105, Item 3" on top.*

④ **I ask for this order because** *(explain and give facts of your case here):*

☑ *Check here if you need more space. Use Form MC-031 or a plain sheet of paper. Write "SC-105, Item 4" on top.*

⑤ In making its order, I ask the court to consider the information on this form, any records on file, and, if the court holds a hearing, the evidence presented at that hearing.

⑥ I declare under penalty of perjury under California state law that the information above and on all attachments is true and correct.

Date: 02/04/2020

Anitha Mullangi, MD                                        ► _Mullangi_ .
_Type or print your name_                                    _Sign your name_

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2007, Optional Form
Code of Civil Procedure, §§ 116.130(h), California Rules of Court, rule 3.2107   **Request for Court Order and Answer**
(Small Claims)   SC-105, Page 1 of 2
→

USA_000016

| SC-105 | Request for Court Order and Answer (Small Claims) | Clerk stamps date here when form is filed. |
|---|---|---|

## Answer

The person listed in ① on page 1 of this form has asked the court to make an order in your small claims case.

Follow these steps to tell the court what you want to do about this request:
- Read page 1 to see what the person in ① is asking for.
- Fill out ⑦ – ⑩ below.
- Mail your completed form to the court right away.
- Mail a copy of this form to each plaintiff and defendant listed in ① and ② on page 1 of this form.

The court will mail its decision to all plaintiffs and defendants in this case or will make a decision at a court hearing or trial.

If you do nothing, the court may make the order without hearing from you.

⑦ **The person filing this answer is:**

Name: _____

Address: _____

Check one: ☐ A defendant in this case ☐ A plaintiff in this case

⑧ **Tell the court what you want to do about this request.**
*(Check all that apply):*
a. ☐ I agree to the order requested in ③.
b. ☐ I do not agree to the order requested in ③. *(Explain below:)*

_____

_____

_____

☐ *Check here if you need more space. Use Form MC-031 or a plain sheet of paper. Write "SC-105, Item 8" on top.*

c. ☐ I ask the court to have a hearing to decide this matter.

⑨ I mailed a copy of this form to everyone listed in ① and ② of this form on *(date):* _____

⑩ I declare under penalty of perjury under California state law that the information above and on all attachments is true and correct.

Date: _____

▶ _____

*Type or print your name*                    *Sign your name*

**Fill in court name and street address:**

**Superior Court of California, County of**
Los Angeles
Stanley Mosk Courthouse
111 North Hill Street
Los Angeles, CA 90012

**Fill in your case number and case name below.**

**Case Number:**
19STSC13664

**Case Name:**
AUGUST V ST JOHNS WELL CHILD AND FAMILY CENTER

---

② **Need help?**
For free help, contact your county's Small Claims Advisor:

Or, go to "County-Specific Court Information" at *www.courtinfo.ca.gov/selfhelp/smallclaims*

*If the request on page 1 was made after the hearing, the clerk fills out below.*

— Clerk's Certificate of Mailing —

I certify that I am not involved in this case and *(check one):*
☐ A Certificate of Mailing is attached.
☐ The *Request for Court Order and Answer* was mailed first class, postage paid, to all parties at the addresses listed in ②.

On *(date):* _____

From *(city):* _____, California

Clerk, by _____ , Deputy

---

Revised January 1, 2007          **Request for Court Order and Answer**          SC-105, Page 2 of 2
(Small Claims)



February 3, 2020

Superior Court of California, County of Los Angeles
Department 90
Stanley Mosk Courthouse
111 North Hill Street
Los Angeles, CA 90012
Case Number: 19STSC13664

Defendant humbly requests this matter be dismissed for lack of jurisdiction. The Federally
Supported Health Centers Assistance Act of 1992 and 1995 granted medical malpractice liability
protected through the Federal Tort Claims Act (FTCA) to HRSA-supported health centers. Under the
Act, health centers are considered Federal employees and are immune from lawsuits, with the
Federal government acting as their primary insurer.

To receive coverage, grantees must submit an initial deeming application to the US Department of
Health and Human Services and meet the requirements to attain deemed status. A deemed health
center, its employees, and eligible contractors working within the approved scope of project are
considered federal employees and are immune from lawsuits for medical malpractice. A patient
who alleges acts of medical malpractice by a deemed health center cannot sue the heather center
or providers directly, but mist file the claim against the United States Government.

St. John's Well Child & Family Center is a Federally deemed health center within the meaning of the
statute. St. John's has received FTCA authorization under FSHCAA through the Department of
Health and Human Services Health Resources and Services Administration throughout the time Mr.
August was receiving treatment at the center and continues to have FTCA authorization.

On October 31, 2019, St. John's received notice that Mr. August filed a grievance with the
Department of Health and Human Services regarding this matter. The Administrative Tort Claim of
John August, claim number 2020-0045 is still pending.

Because this matter is a medical malpractice claim being brought within the scope of the above acts, defendant believes this court does not have jurisdiction over the claims as defendant is immune from lawsuits for medical malpractice in this context.

A copy of this letter has been sent to plaintiff's last known address.

Sincerely,

*Mullan* 2/3/2020

Anitha Mullangi, MD, MHCM
Chief Medical Officer
St. John's Well Child and Family Center

USA_000019

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF LOS ANGELES

Reserved for Clerk's File Stamp

**FILED**
Superior Court of California
County of Los Angeles

03/06/2020

Sherri R. Carter, Executive Officer / Clerk of Court

By: _____ J. Huynh _____ Deputy

COURTHOUSE ADDRESS:
Stanley Mosk Courthouse
111 North Hill Street, Los Angeles, CA 90012

PLAINTIFF/PETITIONER:
John August

DEFENDANT/RESPONDENT:
St. John's Well Child and Family Center Inc.

## CERTIFICATE OF MAILING

CASE NUMBER:
19STSC13664

**I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Appeal on Small Claims Judgment, Notice of Hearing on Small Claims Appeal upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.**

John August
5939 Coldbrook Ave.
Room 3
Lakewood, CA  90713

St. John's Well Child and Family Center Inc.
5939 Coldbrook
Lakewood, CA  90713

Sherri R. Carter, Executive Officer / Clerk of Court

Dated: <u>03/6/2020</u>

By: <u>J. Huynh</u>
Deputy Clerk

## CERTIFICATE OF MAILING

ORIGINAL

SC-140

Name and Address of Court: Superior Court of California, County of Los Angeles Stanley Mosk Courthouse
111 North Hill Street
Los Angeles, CA 90012

SMALL CLAIMS CASE NO.: 19STSC13664

| PLAINTIFF/DEMANDANTE (Name, address, and telephone number of each): | DEFENDANT/DEMANDADO (Name, address, and telephone number of each): |
|---|---|
| John August<br>5939 Coldbrook Ave., Room 3<br>Lakewood, CA 90713 | St. John's Well Child & Family Center<br>808 W. 58th St. Los Angeles, CA 90037 |
| Telephone No.: 323.420.1607 | Telephone No.: 626.243.5500 |

**FILED**
Superior Court of California
County of Los Angeles

03/06/2020

Sherri R. Carter, Executive Officer / Clerk of Court

By: _____ J. Huynh _____ Deputy

| Telephone No: | Telephone No.: |
|---|---|
| ☐ See attached sheet for additional plaintiffs and defendants. | |

**NOTICE OF FILING NOTICE OF APPEAL**

TO:  ☑ Plaintiff *(name):* John August
     ☐ Defendant *(name):*

| **Your small claims case has been APPEALED to the superior court. Do not contact the small claims court about this appeal. The superior court will notify you of the date you should appear in court. The notice of appeal is set forth below.** | *La decisión hecha por la corte para reclamos judiciales menores en su caso ha sido APELADA antela corte superior. No se ponga en contacto con la corte para reclamos judiciales menores acerca de esta apelación. La corte superior le notificarala fecha en que usted debe presentarse ante ella. El aviso de la apelación aparece a continuación.* |
|---|---|

Date: 03/06/2020

Sherri R. Carter, Executive Officer / Clerk of Court

Clerk, by _____ J. Huynh _____ , Deputy

**NOTICE OF APPEAL**

I appeal to the superior court, as provided by law, from
☑ the small claims judgment **or**   ☐ the denial of the motion to vacate the small claims judgment.

DATE APPEAL FILED *(clerk to insert date):*   03/06/2020

Jacob Rosenberg esq. Law + Brandmeyer LLP
(TYPE OR PRINT NAME)                                    ▶ _____ (SIGNATURE OF APPELLANT OR APPELLANT'S ATTORNEY)

☐ I am an insurer of defendant *(name)* _____ in this case. The judgment against
defendant exceeds $2,500, and the policy of insurance with the defendant covers the matter to which the judgment applies.

                                                       ▶
_____ (NAME OF INSURER)                       _____ (SIGNATURE OF DECLARANT)

**CLERK'S CERTIFICATE OF MAILING**

I certify that
1. I am not a party to this action.
2. This Notice of Filing Notice of Appeal and Notice of Appeal were mailed first class, postage prepaid, in a sealed envelope to
   ☑ plaintiff
   ☑ defendant
   at the address shown above.
3. The mailing and this certification occurred

   at *(place):*  Los Angeles                    , California,

   on *(date):*  03/06/2020

Sherri R. Carter, Executive Officer / Clerk of Court

Clerk, by _____ J. Huynh _____ , Deputy

Page 1 of 1

**NOTICE OF APPEAL**
**(Small Claims)**

Code of Civil Procedure § 116.710
www.courtinfo.ca.gov

USA_000021

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF LOS ANGELES

Reserved for Clerk's File Stamp

COURTHOUSE ADDRESS:

Stanley Mosk Courthouse

111 North Hill Street, Los Angeles, CA 90012

PLAINTIFF(S):

John August

DEFENDANT(S):

St. John's Well Child and Family Center Inc.

**FILED**
Superior Court of California
County of Los Angeles

03/06/2020

Sherri R. Carter, Executive Officer / Clerk of Court

By: _____ J. Huynh _____ Deputy

## NOTICE OF HEARING ON SMALL CLAIMS APPEAL

☑ **Trial De Novo**   ☐ **Denial of Motion to Vacate**

CASE NUMBER:

19STSC13664

TO ALL PARTIES:

You and each of you will please take notice that the above-entitled action has been set for an appeal hearing re:

☑ Trial De Novo

☐ Denial of Motion to Vacate

on ___04/06/2020___ at ___8:30 AM___ in Department ___1A___ of the ___Central District___ District, ___Stanley Mosk___ Courthouse.

You should appear on said date (bringing your evidence and witnesses, if any) and be fully prepared at that time to present your case to the Court for trial.

Dated: ___03/06/2020___     By ___J. Huynh___, Deputy

**NOTICE OF HEARING ON SMALL CLAIMS APPEAL**

LACIV XX/XX
LASC Approved XX-XX

USA_000022

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Stanley Mosk Courthouse<br>111 North Hill Street, Los Angeles, CA 90012 | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>04/06/2020<br>Sherri R. Carter, Executive Officer / Clerk of Court<br>By: _____ D. Canada _____ Deputy |
| PLAINTIFF/PETITIONER:<br>John August | |
| DEFENDANT/RESPONDENT:<br>St. John's Well Child and Family Center Inc. | |
| **CERTIFICATE OF MAILING** | CASE NUMBER:<br>19STSC13664 |

**I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Minute Order (Small Claims Appeal - Trial De Novo) of 04/06/2020 upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.**

John August
5939 Coldbrook Ave.
Room 3
Lakewood, CA  90713

St. John's Well Child and Family Center Inc.
5939 Coldbrook
Lakewood, CA  90713

Sherri R. Carter, Executive Officer / Clerk of Court

Dated: 03/20/2020

By: D. Canada
Deputy Clerk

**CERTIFICATE OF MAILING**

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Stanley Mosk Courthouse, Department 1A

**19STSC13664**                                                                        April 6, 2020
**JOHN AUGUST vs ST. JOHN'S WELL CHILD AND FAMILY**                                          8:30 AM
**CENTER INC.**

Judge: Honorable Thomas J. Griego              CSR: None
Judicial Assistant: D. Canada                  ERM: None
Courtroom Assistant: None                      Deputy Sheriff: S. Castro-Ramos

APPEARANCES:

For Plaintiff(s): No Appearances

For Defendant(s):  No Appearances

**NATURE OF PROCEEDINGS:** Small Claims Appeal - Trial De Novo

Based on current conditions, including, but not limited to, the spread of COVID-19, the need for social distancing, and the state of emergency having been declared by Governor Newsom, and pursuant to the Administrative Order dated March 17, 2020 issued by the Presiding Judge, the court finds good cause to continue this matter.

The Court has pre-approved you to utilize CourtCall instead of appearing in person.

Please call the following number: 888-882-6878 ext. 222 to set up Courtcall or you can also visit their website at www.courtcall.com

On the Court's own motion, the above matter(s) is/are continued to 06/22/2020, at 08:30 AM in Department 1A at Stanley Mosk Courthouse.

Certificate of Mailing is attached.

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA**<br>**COUNTY OF LOS ANGELES** | Reserved for Clerk's File Stamp |
| COURTHOUSE ADDRESS:<br>Stanley Mosk Courthouse<br>111 North Hill Street, Los Angeles, CA 90012 | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>06/09/2020<br>Sherri R. Carter, Executive Officer / Clerk of Court<br>By: _____ T. Kelley _____ Deputy |
| PLAINTIFF/PETITIONER:<br>John August | |
| DEFENDANT/RESPONDENT:<br>St. John's Well Child and Family Center Inc. | |
| **CERTIFICATE OF MAILING** | CASE NUMBER:<br>19STSC13664 |

**I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Continuance Due to COVID-19 State of Emergency Declarations  upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.**

John August
5939 Coldbrook Ave.
Room 3
Lakewood, CA  90713

St. John's Well Child and Family Center Inc.
5939 Coldbrook
Lakewood, CA  90713

Sherri R. Carter, Executive Officer / Clerk of Court

Dated: <u>06/9/2020</u>

By: <u>  T. Kelley</u>
     Deputy Clerk

USA_000025

**CERTIFICATE OF MAILING**

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Stanley Mosk Courthouse<br>111 North Hill Street, Los Angeles, CA 90012 | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>06/09/2020<br>Sherri R. Carter, Executive Officer / Clerk of Court<br>By: _____ T. Kelley _____ Deputy |
| PLAINTIFF(S):<br>John August | |
| DEFENDANT(S):<br>St. John's Well Child and Family Center Inc. | |
| **NOTICE OF CONTINUANCE DUE TO COVID-19**<br>**STATE OF EMERGENCY DECLARATIONS** | CASE NUMBER:<br>19STSC13664 |

Based on current conditions, including, but not limited to, the spread of Covid-19, the need for social distancing, and the states of emergency having been declared by Governor Gavin Newsom and President Donald Trump, the General Orders issued by the Presiding Judge and Statewide Orders issued by the Chief Justice, the court finds good cause to continue this matter.

The matter is continued for a Small Claims Appeal-Trial De Novo on 08/17/2020 at 1:30 a.m. in Department 1A of the Stanley Mosk Courthouse.

**NOTICE OF CONTINUANCE DUE TO COVID-19**
**STATE OF EMERGENCY DECLARATIONS**

LASC CIV 277 NEW 04/20
For Optional Use

USA_000026

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF LOS ANGELES

Reserved for Clerk's File Stamp

**FILED**
Superior Court of California
County of Los Angeles

07/31/2020

Sherri R. Carter, Executive Officer / Clerk of Court

By: _____ J. Preciado-Valdez _____ Deputy

COURTHOUSE ADDRESS:
Stanley Mosk Courthouse
111 North Hill Street, Los Angeles, CA 90012

PLAINTIFF/PETITIONER:
John August

DEFENDANT/RESPONDENT:
St. John's Well Child and Family Center Inc.

## CERTIFICATE OF MAILING

CASE NUMBER:
19STSC13664

I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice Of Remote Appearances And Exchange And Submission Of Evidence Protocol upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.

John August
5939 Coldbrook Ave.
Room 3
Lakewood, CA  90713

St. John's Well Child and Family Center Inc.
5939 Coldbrook
Lakewood, CA  90713

Sherri R. Carter, Executive Officer / Clerk of Court

Dated: 07/31/2020

By: __J. Preciado-Valdez_____
Deputy Clerk

**CERTIFICATE OF MAILING**

USA_000027

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Stanley Mosk Courthouse<br>111 North Hill Street, Los Angeles, CA 90012 | **FILED**<br>Superior Court of California<br>County of Los Angeles<br><br>08/17/2020<br><br>Sherri R. Carter, Executive Officer / Clerk of Court<br>By: _____ A. Rising _____ Deputy |
| PLAINTIFF/PETITIONER:<br>John August | |
| DEFENDANT/RESPONDENT:<br>St. John's Well Child and Family Center Inc. | |
| **CERTIFICATE OF MAILING** | CASE NUMBER:<br>19STSC13664 |

**I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Minute Order (Nunc Pro Tunc Order) of 08/17/2020  upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.**

John August
5939 Coldbrook Ave.
Room 3
Lakewood, CA  90713

St. John's Well Child and Family Center Inc.
5939 Coldbrook
Lakewood, CA  90713

Sherri R. Carter, Executive Officer / Clerk of Court

Dated: 08/18/2020

By: _A. Rising_____
Deputy Clerk

**CERTIFICATE OF MAILING**

USA_000028

<table>
<tr><td colspan="2">

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF LOS ANGELES

</td><td>

Reserved for Clerk's File Stamp

**FILED**
Superior Court of California
County of Los Angeles

08/17/2020

Sherri R. Carter, Executive Officer / Clerk of Court

By: _____ A. Rising _____ Deputy

</td></tr>
</table>

COURTHOUSE ADDRESS:
Stanley Mosk Courthouse
111 North Hill Street, Los Angeles, CA 90012

PLAINTIFF/PETITIONER:
John August

DEFENDANT/RESPONDENT:
St. John's Well Child and Family Center Inc.

**CERTIFICATE OF MAILING**

CASE NUMBER:
19STSC13664

**I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Minute Order (Small Claims Appeal - Trial De Novo) of 08/17/2020 upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.**

John August
b939 Coldwrook Ave.
Room 3
Lake7ood, CA  90513

St. John's Well Child and Family Center Inc.
b939 Coldwrook
Lake7ood, CA  90513

Sherri R. Carter, Executive Officer / Clerk of Court

Dated: 08/15/2020                    By: __A. Rising_____
                                          Deputy Clerk

USA_000029

**CERTIFICATE OF MAILING**

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Stanley Mosk Courthouse, Department 1A

19STSC13664                                                                August 17, 2020
JOHN AUGUST vs ST. JOHN'S WELL CHILD AND FAMILY                                      3:30 PM
CENTER INC.

Judge Pro Tem: Josh Stinn                    CSR: None
Judicial Assistant: A. Rising                ERM: None
Courtroom Assistant: None                    Deputy Sheriff: S. Castro-Ramos

APPEARANCES:

For Plaintiff(s): No Appearances

For Defendant(s):  No Appearances

**NATURE OF PROCEEDINGS:** Nunc Pro Tunc Order

It appearing to the Court that through inadvertence and/or clerical error, the minute order of
08/17/2020 in the above-entitled action does not properly reflect the Court's order. Said minute
order is ordered corrected nunc pro tunc as of 08/17/2020, as follows:


By striking:

Judge Pro Tem: Joseph Donnini, Jr

By Substituting:

Judge Pro Tem: Josh Stinn

Certificate of Mailing is attached.

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Stanley Mosk Courthouse, Department 1A

| | |
|---|---|
| **19STSC13664** | August 17, 2020 |
| **JOHN AUGUST vs ST. JOHN'S WELL CHILD AND FAMILY CENTER INC.** | 1:30 PM |

| | |
|---|---|
| Judge Pro Tem: Joseph Donnini, Jr. | CSR: None |
| Judicial Assistant: A. Rising | ERM: Electronically Recorded |
| Courtroom Assistant: None | Deputy Sheriff: S. Castro-Ramos |

APPEARANCES:

For Plaintiff(s): John August

For Defendant(s):  No Appearances

**NATURE OF PROCEEDINGS:** Small Claims Appeal - Trial De Novo

All parties in court having been advised verbally and via posted notices, and there being no objections, agree that/are deemed to have agreed that Josh Stinn, an attorney, who is a member of the State Bar of California and who is qualified in accordance with Article 6, section 21 of the Constitution of the State of California, may, as Temporary Judge, preside over this hearing/try this case.

The cause is called for trial.

There is no appearance by or for the defendant.

The plaintiff is sworn and testifies.

The Notice of Appeal on Small Claims Judgment filed by St. John's Well Child and Family Center Inc. on 03/06/2020 is ordered dismissed.

The judgment entered on 02/06/2020 on the Plaintiff's Claim filed by John August on 12/09/2019 is to stand.

Certificate of Mailing is attached.

SEE NUNC PRO TUNC MINUTE ORDER OF 08/17/2020 3:30 PM

| | Reserved for Clerk's File Stamp |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA**<br>**COUNTY OF LOS ANGELES** | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>08/26/2020<br>Sherri R. Carter, Executive Officer / Clerk of Court<br>By: _____ Y. Escalante _____ Deputy |

COURTHOUSE ADDRESS:
Stanley Mosk Courthouse
111 North Hill Street, Los Angeles, CA 90012

PLAINTIFF/PETITIONER:
John August

DEFENDANT/RESPONDENT:
St. John's Well Child and Family Center Inc.

| **CERTIFICATE OF MAILING** | CASE NUMBER:<br>19STSC13664 |
|---|---|

**I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Rejection upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.**

Jacob S. Rosenberg
Law + Brandmeyer, LLP
2 N Lake Avenue Suite #820
Pasadena, CA  91101

Sherri R. Carter, Executive Officer / Clerk of Court

Dated: 09/2/2020                    By:   Y. Escalante _____
                                                   Deputy Clerk

**CERTIFICATE OF MAILING**

USA_000032

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF LOS ANGELES

COURTHOUSE ADDRESS:

Stanley Mosk Courthouse

111 North Hill Street, Los Angeles, CA 90012

PLAINTIFF(S):

John August

DEFENDANT(S):

St. John's Well Child and Family Center Inc.

| **NOTICE OF REJECTION – SMALL CLAIMS** | **CASE NUMBER:** 19STSC13664 |
|---|---|

Your submission cannot be processed for the following reason(s):

Document: Motion to Vacate Judgment

☐    Courthouse is incorrect

☐    Case number is incorrect or missing

☐    Filing party / signature / date is incorrect or missing

☐    Section(s) incomplete _____

☐    Dismissal entered on _____

☐    Judgment entered on _____

☐    Judgment amount is required or incorrect

☐    _____ filing fee is required

☐    Amount of accrued interest is incorrect

☐    Ten year limitation on judgment expired on _____

☐    Memorandum of Costs after Judgment has not been filed

☐    Only one judgment debtor may be named on application

☐    No Substitution of Attorney has been filed

☐    Judgment has been stayed

☑    Other:   The Motion to Vacate can not be filed due to the fact the Defendant was present at the time of the initial Trial.  The form that you need to fill out is SC105 Request for Court Order and Answer.  Please resubmit that form for consideration .

Please return this correspondence with your resubmission.

Dated: 09-02-20 _____     By: Y. Escalante _____

                                                            Deputy Clerk

**NOTICE OF REJECTION – SMALL CLAIMS**

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Stanley Mosk Courthouse<br>111 North Hill Street, Los Angeles, CA 90012 | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>09/03/2020<br>Sherri R. Carter, Executive Officer / Clerk of Court<br>By: _____ C. Jackson _____ Deputy |
| PLAINTIFF/PETITIONER:<br>John August | |
| DEFENDANT/RESPONDENT:<br>St. John's Well Child and Family Center Inc. | |
| **CERTIFICATE OF MAILING** | CASE NUMBER:<br>19STSC13664 |

**I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Request for Court Order and Answer upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.**

John August
5939 Coldbrook Ave.
Room 3
Lakewood, CA  90713

St. John's Well Child and Family Center Inc.
5939 Coldbrook
Lakewood, CA  90713

Sherri R. Carter, Executive Officer / Clerk of Court

Dated: 09/3/2020                By:  C. Jackson
                                     Deputy Clerk

**CERTIFICATE OF MAILING**

USA_000034

**ORIGINAL**

| SC-105 | Request for Court Order and Answer (Small Claims) |
|---|---|

Clerk stamps date here when form is filed.

## Request

This form is used to ask the court to make an order before or after the trial in a small claims case. The court will notify all plaintiffs and defendants in this case about its decision by mail, at the trial, or at a hearing (depending on when the request is filed).

**FILED**
Superior Court of California
County of Los Angeles
09/03/2020
Sherri R. Carter, Executive Officer / Clerk of Court
By: _____ C. Jackson _____ Deputy

**If you are the person asking the court to make an order,** ask the Small Claims Advisor if this is the right form for the kind of order you want. If so, follow these steps:

- Fill out page 1 of this form and file it at the clerk's office.
- If you are making this request *before* your trial, you must mail (or deliver in person) a copy of this form to all other plaintiffs and defendants in your case. *Exception:* If the plaintiff's claim has not been served, you do not have to serve this request on the other plaintiffs and defendants in your case.
- If you are making this request *after* the judge has decided your case, the clerk will mail a copy of this form to all other plaintiffs and defendants in your case. The court will give the other plaintiffs and defendants at least 10 days to answer this *Request.*

**If you receive this form,** read below, then fill out ⑦–⑩ on page 2.

Fill in court name and street address:

**Superior Court of California, County of**
Los Angeles
111 North Hill Street
Los Angeles, 90012
Stanley Mosk Courthouse

Fill in your case number and case name below:

**Case Number:**
19STSC13664

**Case Name:** John August v. St. John's Well Child and Family Center

*(FAXED)*

① **The person asking the court to make an order is:**

Name: Jacob Rosenberg
Address: 808 W. 58th Street, Los Angeles, CA 90037
Check one:   ☒ A defendant in this case   ☐ A plaintiff in this case
☐ Other *(explain):* _____

② **Notice to:** *(List names and addresses of all other defendants and plaintiffs in your case.)*

| Name | Address |
|---|---|
| a. JOHN AUGUST | 5939 Coldbrook Ave., Rm 3, Lakewood, CA 90713 |
| b. | |
| c. | |

☐ *Check here if you need more space. Use Form MC-031 or a plain sheet of paper. Write "SC-105, Item 2" on top.*

If your request is made before the trial and after the claim was served, fill out below:
I   ☒ mailed   ☐ delivered in person   a copy of this form to everyone listed in ② on *(date):* _____

③ **I ask the court to make the following order** *(specify):*
Relieve Defendant of dismissal of its appeal. Hear Defendant's appeal on its merits.

☐ *Check here if you need more space. Use Form MC-031 or a plain sheet of paper. Write "SC-105, Item 3" on top.*

④ **I ask for this order because** *(explain and give facts of your case here):*
Defendant never received notice of the date of the hearing on its appeal. The notice sent by the Court was only sent to plaintiff's address, as can be seen on the Notice form where defendant's address is erroneously listed as "5939 Coldbrook Ave., Lakewood, CA 90713."

☐ *Check here if you need more space. Use Form MC-031 or a plain sheet of paper. Write "SC-105, Item 4" on top.*

⑤ In making its order, I ask the court to consider the information on this form, any records on file, and, if the court holds a hearing, the evidence presented at that hearing.

⑥ I declare under penalty of perjury under California state law that the information above and on all attachments is true and correct.

Date: 9/2/20 _____

Jacob Rosenberg _____
*Type or print your name*

▶ _____
*Sign your name*

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2007, Optional Form
Code of Civil Procedure, §§ 116.130(h); California Rules of Court, rule 3.2107

**Request for Court Order and Answer (Small Claims)**

**SC-105,** Page 1 of 2

Westlaw Doc & Form Builder

USA_000035

**SC-105**    **Request for Court Order and Answer (Small Claims)**

| | Clerk stamps date here when form is filed. |
|---|---|

## Answer

The person listed in ① on page 1 of this form has asked the court to make an order in your small claims case.

Follow these steps to tell the court what you want to do about this request:

• Read page 1 to see what the person in ① is asking for.
• Fill out ⑦–⑩ below.
• Mail your completed form to the court right away.
• Mail a copy of this form to each plaintiff and defendant listed in ① and ② on page 1 of this form.

The court will mail its decision to all plaintiffs and defendants in this case or will make a decision at a court hearing or trial.

If you do nothing, the court may make the order without hearing from you.

*Fill in court name and street address:*

**Superior Court of California, County of**
LOS ANGELES
111 North Hill Street
Los Angeles, 90012
Stanley Mosk Courthouse

*Fill in your case number and case name below.*

**Case Number:** 19STSC13664

**Case Name:** John August v. St. John's Well Child and Family Center

⑦ **The person filing this answer is:**

Name: _____

Address: _____

Check one:  ☐ A defendant in this case  ☐ A plaintiff in this case

⑧ **Tell the court what you want to do about this request.**
*(Check all that apply):*

a. ☐  I agree to the order requested in ③.

b. ☐  I do not agree to the order requested in ③. (*Explain below:*)

_____

_____

_____

☐ *Check here if you need more space. Use Form MC-031 or a plain sheet of paper. Write "SC-105, Item 8" on top.*

c. ☐  I ask the court to have a hearing to decide this matter.

⑨  I mailed a copy of this form to everyone listed in ① and ② of this form on *(date):* _____

⑩  I declare under penalty of perjury under California state law that the information above and on all attachments is true and correct.

Date: _____

_____
*Type or print your name*

▶ _____
*Sign your name*

**?** **Need help?**
For free help, contact your county's Small Claims Advisor:

Or, go to "County-Specific Court Information" at *www.courtinfo.ca.gov/selfhelp/smallclaims*

*If the request on page 1 was made after the hearing, the clerk fills out below.*
— Clerk's Certificate of Mailing —
I certify that I am not involved in this case and *(check one):*
☐ A Certificate of Mailing is attached.
☐ The *Request for Court Order and Answer* was mailed first class, postage paid, to all parties at the addresses listed in ②.
On *(date):* _____
From *(city):* _____, California

Clerk, by _____ , Deputy

**Request for Court Order and Answer**
(Small Claims)    **SC-105**, Page 2 of 2

USA_000036

1

**PROOF OF SERVICE**

2 STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3          I am employed in the County of Los Angeles, State of California.  I am over the age of 18
and not a party to the within action; my business address is 2 N. Lake Avenue, Suite 820,
4 Pasadena, CA 91101.

5          On September 2, 2020, I served the foregoing document described as:

6     **REQUEST FOR COURT ORDER AND ANSWER**

7

8 on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed
envelope addressed as follows:
9
                     SEE ATTACHED MAILING LIST
10
[X] (BY MAIL)
11      [ ]     I deposited such envelope in the mail at Pasadena, California.  The envelope was
mailed with postage thereon fully prepaid.
12      [X]     As follows:  I am "readily familiar" with the firm's practice of collection and
processing correspondence for mailing.  Under that practice it would be deposited with U.S.
13 postal service on that same day with postage thereon fully prepaid at Pasadena, California in
the ordinary course of business.  I am aware that on motion of the party served, service is
14 presumed invalid if postal cancellation date or postage meter date is more than one day after
date of deposit for mailing in affidavit.
15 Executed on September 2, 2020, at Pasadena, California.

16 [ ] (BY FACSIMILE)
        [ ]     I served by facsimile a true copy of the above-described document.  I am "readily
17 familiar" with this firm's practice of processing correspondence by fax.  Under that practice
documents are placed in our fax machine and are processed and received simultaneously at
18 their destination.  The above-referenced document(s) was placed in the fax machine with all
costs of faxing prepaid, directed to each party (using their fax number), listed on the attached
19 Service List.  Once the document has been transmitted, the fax machine provides a report
indicating time of completion.
20 Executed on ??, at Pasadena, California.

21 [ ] (BY ELECTRONIC MAIL)
        I electronically mailed a copy to each addressee on the Service List on ??.
22
23 [X] (STATE)  I declare under penalty of perjury under the laws of the State of California that the
above is true and correct.

24 [ ]     (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at
whose direction the service was made.
25

26                                    _____

27                                    Jacob Rosenberg

28

                                   3
            **REQUEST FOR COURT ORDER AND ANSWER**

USA_000037

**SERVICE LIST**

Re:    <u>CSt. John August v. St. John's Well Child and Family Center</u>
Case No.: 19STSC13664

*John August*
*5939 Coldbrook Ave.*
*Room 3*
*Lakewood, CA 90713*

**NOTICE OF TAKING DEPOSITION AND REQUEST FOR PRODUCTION OF DOCUMENTS OF PERSON MOST KNOWLEDGEABLE AT WINSTON FUNERAL SERVICES**

USA_000038

**SC-105**

## Request for Court Order and Answer
### (Small Claims)

Clerk stamps date here when form is filed.

**FILED**
Superior Court of California
County of Los Angeles
09/09/2020
Sherri R. Carter, Executive Officer / Clerk of Court

By: _____ J. Taylor _____ Deputy

## Answer

The person listed in ① on page 1 of this form has asked the court to make an order in your small claims case.

Follow these steps to tell the court what you want to do about this request:
- Read page 1 to see what the person in ① is asking for.
- Fill out ⑦–⑩ below.
- Mail your completed form to the court right away.
- Mail a copy of this form to each plaintiff and defendant listed in ① and ② on page 1 of this form.

The court will mail its decision to all plaintiffs and defendants in this case or will make a decision at a court hearing or trial.

If you do nothing, the court may make the order without hearing from you.

Fill in court name and street address:

**Superior Court of California, County of**
LOS ANGELES
111 North Hill Street
Los Angeles, 90012
Stanley Mosk Courthouse

⑦ **The person filing this answer is:**

Name: _JOHN   AUGUST_
Address: _5939 COLDBROOK AVE LAKE WOOD_
Check one: ☐ A defendant in this case  ☑ A plaintiff in this case _90713_

Fill in your case number and case name below.

**Case Number:** 19STSC13664

**Case Name:** John August v. St. John's Well Child and Family Center

⑧ **Tell the court what you want to do about this request.**
*(Check all that apply):*
a. ☐ I agree to the order requested in ③.
b. ☑ I do not agree to the order requested in ③. *(Explain below:)*

_I do NOT agree because I showed up an_
_they did not I like for the judgment_
_to stand_

☐ Check here if you need more space. Use Form MC-031 or a plain sheet of paper. Write "SC-105, Item 8" on top.

c. ☐ I ask the court to have a hearing to decide this matter.

⑨ I mailed a copy of this form to everyone listed in ① and ② of this form on *(date):* _____

⑩ I declare under penalty of perjury under California state law that the information above and on all attachments is true and correct.

Date: _9/8/20_

_JOHN   AUGUST_
*Type or print your name*

▶ _[signature]_
*Sign your name*

*If the request on page 1 was made after the hearing,*
*the clerk fills out below.*

— Clerk's Certificate of Mailing —

I certify that I am not involved in this case and *(check one):*
☐ A Certificate of Mailing is attached.
☐ The *Request for Court Order and Answer* was mailed first class, postage paid, to all parties at the addresses listed in ②.
On *(date):* _____
From *(city):* _____, California

? **Need help?**
For free help, contact your county's Small Claims Advisor:

Or, go to "County-Specific Court Information" at
*www.courtinfo.ca.gov/selfhelp/smallclaims*

Clerk, by _____ RECEIVED _____ , Deputy

**Request for Court Order and Answer**
**(Small Claims)**

SEP 09 2020

CIVIL OPERATIONS
SMALL CLAIMS OFFICE

USA_000039

**SC-105, Page 2 of 2**

| SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS: Stanley Mosk Courthouse 111 North Hill Street, Los Angeles, CA 90012 | **FILED** Superior Court of California County of Los Angeles 09/28/2020 Sherri R. Carter, Executive Officer / Clerk of Court By: _____ R. Karapetyan _____ Deputy |
| PLAINTIFF/PETITIONER: John August | |
| DEFENDANT/RESPONDENT: St. John's Well Child and Family Center Inc. | |
| **CERTIFICATE OF MAILING** | CASE NUMBER: 19STSC13664 |

**I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Minute Order (Court Order re: Request for Court Order) of 09/28/2020  upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.**

John August
5939 Coldbrook Ave.
Room 3
Lakewood, CA  90713

St. John's Well Child and Family Center Inc.
5939 Coldbrook
Lakewood, CA  90713

Sherri R. Carter, Executive Officer / Clerk of Court

Dated: 10/1/2020          By: _R. Karapetyan_____
                                       Deputy Clerk

**CERTIFICATE OF MAILING**

USA_000040

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Stanley Mosk Courthouse, Department 1A

**19STSC13664**                                                September 28, 2020
**JOHN AUGUST vs ST. JOHN'S WELL CHILD AND FAMILY**                 9:15 AM
**CENTER INC.**

Judge: Honorable Thomas J. Griego            CSR: None
Judicial Assistant: R. Karapetyan            ERM: None
Courtroom Assistant: None                    Deputy Sheriff: None

APPEARANCES:

For Plaintiff(s): No Appearances

For Defendant(s):  No Appearances

**NATURE OF PROCEEDINGS:** Court Order re: Request for Court Order

After reviewing Request for Court Order and Answer to Relieve Defendant of Dismissal of Its
Appeal filed by the Defendant on 09/03/2020 in Chambers, the Court rules as follows:

The request is DENIED.

Order is signed and filed on this date.

Certificate of Mailing is attached.

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Stanley Mosk Courthouse<br>111 North Hill Street, Los Angeles, CA 90012 | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>**11/10/2020**<br>Sherri R. Carter, Executive Officer / Clerk of Court<br>By: _____ Y. Escalante _____ Deputy |
| PLAINTIFF/PETITIONER:<br>John August | |
| DEFENDANT/RESPONDENT:<br>St. John's Well Child and Family Center Inc. | |
| **CERTIFICATE OF MAILING** | CASE NUMBER:<br>19STSC13664 |

**I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Request for Court Order and Answer  upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.**

John August
5939 Coldbrook Ave.
Room 3
Lakewood, CA  90713

St. John's Well Child and Family Center Inc.
5939 Coldbrook
Lakewood, CA  90713

Sherri R. Carter, Executive Officer / Clerk of Court

Dated: 11/10/2020

By:  Y. Escalante _____
Deputy Clerk

**CERTIFICATE OF MAILING**

USA_000042

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF LOS ANGELES

COURTHOUSE ADDRESS:

Stanley Mosk Courthouse

111 North Hill Street, Los Angeles, CA 90012

PLAINTIFF(S):

John August

DEFENDANT(S):

St. John's Well Child and Family Center Inc.

| NOTICE OF REJECTION – SMALL CLAIMS | CASE NUMBER: 19STSC13664 |
|---|---|

Your submission cannot be processed for the following reason(s):

Document: SC108 and Motion to Vacate

☐ Courthouse is incorrect

☐ Case number is incorrect or missing

☐ Filing party / signature / date is incorrect or missing

☐ Section(s) incomplete _____

☐ Dismissal entered on _____

☐ Judgment entered on _____

☐ Judgment amount is required or incorrect

☐ _____ filing fee is required

☐ Amount of accrued interest is incorrect

☐ Ten year limitation on judgment expired on _____

☐ Memorandum of Costs after Judgment has not been filed

☐ Only one judgment debtor may be named on application

☐ No Substitution of Attorney has been filed

☐ Judgment has been stayed

☑ Other:   We can not process your SC108 30 days has past on the Judgment and the Motion to Vacate can not
be processed due to the fact that you were present in the initial Non-Jury Trial.

Please return this correspondence with your resubmission.

Dated: 11-10-20 _____        By: Y. Escalante _____
                                                          Deputy Clerk

**NOTICE OF REJECTION – SMALL CLAIMS**

**ORIGINAL**

| **SC-105** | **Request for Court Order and Answer** (Small Claims) |

## Request

This form is used to ask the court to make an order before or after the trial in a small claims case. The court will notify all plaintiffs and defendants in this case about its decision by mail, at the trial, or at a hearing (depending on when the request is filed).

**If you are the person asking the court to make an order,** ask the Small Claims Advisor if this is the right form for the kind of order you want. If so, follow these steps:

- Fill out page 1 of this form and file it at the clerk's office.
- If you are making this request *before* your trial, you must mail (or deliver in person) a copy of this form to all other plaintiffs and defendants in your case. *Exception:* If the plaintiff's claim has not been served, you do not have to serve this request on the other plaintiffs and defendants in your case.
- If you are making this request *after* the judge has decided your case, the clerk will mail a copy of this form to all other plaintiffs and defendants in your case. The court will give the other plaintiffs and defendants at least 10 days to answer this *Request.*

**If you receive this form,** read below, then fill out ⑦ – ⑩ on page 2.

Clerk stamps date here when form is filed.

**FILED**
Superior Court of California
County of Los Angeles
**11/10/2020**
Sherri R. Carter, Executive Officer / Clerk of Court
By: _____ Y. Escalante _____ Deputy

Fill in court name and street address:

**Superior Court of California, County of** Los Angeles

111 North Hill Street

Los Angeles, 90012

Stanley Mosk Courthouse

Fill in your case number and case name below:

**Case Number:**
19STSC13664

**Case Name:** John August v. St. John's Well Child and Family

① **The person asking the court to make an order is:**

Name: Jacob Rosenberg, Esq.

Address: 2 North Lake Ave, Ste. 820, Pasadena, CA 91101

Check one:  ☐ A defendant in this case   ☐ A plaintiff in this case
☒ Other *(explain):* counsel for defendant St. John's Well Child and Family

② **Notice to:** *(List names and addresses of all other defendants and plaintiffs in your case.)*

| | Name | Address |
|---|---|---|
| a. | John August | 5939 Coldbrook Ave. Rm. 3 Lakewood, CA 90713 |
| b. | | |
| c. | | |

☐ *Check here if you need more space. Use Form MC-031 or a plain sheet of paper. Write "SC-105, Item 2" on top.*

If your request is made before the trial and after the claim was served, fill out below:

I  ☐ mailed  ☐ delivered in person  a copy of this form to everyone listed in ② on *(date):* _____

③ **I ask the court to make the following order** *(specify):*

Reconsider the previous denial of defendant's request for Court Order and Answer.

Relieve defendant of dismissal of its appeal. Set appeal for hearing. Set this request for reconsideration for hearing.

☐ *Check here if you need more space. Use Form MC-031 or a plain sheet of paper. Write "SC-105, Item 3" on top.*

④ **I ask for this order because** *(explain and give facts of your case here):*

See attached

☐ *Check here if you need more space. Use Form MC-031 or a plain sheet of paper. Write "SC-105, Item 4" on top.*

⑤ In making its order, I ask the court to consider the information on this form, any records on file, and, if the court holds a hearing, the evidence presented at that hearing.

⑥ I declare under penalty of perjury under California state law that the information above and on all attachments is true and correct.

Date: November 9, 2020

Jacob Rosenberg, Esq.
_____
*Type or print your name*      ▶      *Sign your name*

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2007, Optional Form
Code of Civil Procedure, §§ 116.130(h); California Rules of Court, rule 3.2107

**Request for Court Order and Answer**
**(Small Claims)**

**SC-105,** Page 1 of 2

Westlaw Doc & Form Builder

USA_000044

| **SC-105** | Request for Court Order and Answer (Small Claims) | *Clerk stamps date here when form is filed.* |

## Answer

The person listed in ① on page 1 of this form has asked the court to make an order in your small claims case.

Follow these steps to tell the court what you want to do about this request:
- Read page 1 to see what the person in ① is asking for.
- Fill out ⑦–⑩ below.
- Mail your completed form to the court right away.
- Mail a copy of this form to each plaintiff and defendant listed in ① and ② on page 1 of this form.

The court will mail its decision to all plaintiffs and defendants in this case or will make a decision at a court hearing or trial.

If you do nothing, the court may make the order without hearing from you.

⑦ **The person filing this answer is:**

Name: _____

Address: _____

Check one:  ☐ A defendant in this case  ☐ A plaintiff in this case

⑧ **Tell the court what you want to do about this request.**
*(Check all that apply):*

a. ☐  I agree to the order requested in ③.

b. ☐  I do not agree to the order requested in ③. *(Explain below:)*

_____
_____
_____

☐ *Check here if you need more space. Use Form MC-031 or a plain sheet of paper. Write "SC-105, Item 8" on top.*

c. ☐  I ask the court to have a hearing to decide this matter.

⑨ I mailed a copy of this form to everyone listed in ① and ② of this form on *(date):* _____

⑩ I declare under penalty of perjury under California state law that the information above and on all attachments is true and correct.

Date: _____

_____
*Type or print your name*

▶ _____
*Sign your name*

*Fill in court name and street address:*

**Superior Court of California, County of**
LOS ANGELES
111 North Hill Street
Los Angeles, 90012
Stanley Mosk Courthouse

*Fill in your case number and case name below.*

**Case Number:** 19STSC13664

**Case Name:** John August v. St. John's Well Child and Family

**Need help?**
For free help, contact your county's Small Claims Advisor:

Or, go to "County-Specific Court Information" at *www.courtinfo.ca.gov/selfhelp/smallclaims*

*If the request on page 1 was made after the hearing, the clerk fills out below.*

— Clerk's Certificate of Mailing —

I certify that I am not involved in this case and *(check one):*

☐ A Certificate of Mailing is attached.

☐ The *Request for Court Order and Answer* was mailed first class, postage paid, to all parties at the addresses listed in ②.

On *(date):* _____

From *(city):* _____, California

Clerk, by _____, Deputy

# ATTACHMENT

USA_000046

1  Kent T. Brandmeyer, Esq. (SBN: 140533)
   Jacob S. Rosenberg (SBN: 327598)
2  LAW + BRANDMEYER, LLP
   2 North Lake Avenue, Suite 820
3  Pasadena, CA 91101
   (626) 243-5500 Telephone
4  (626) 243-4799 Facsimile
   kbrandmeyer@lawbrandmeyer.com
5  jrosenberg@lawbrandmeyer.com

6  Attorneys for Defendant, ST. JOHN'S WELL CHILD AND FAMILY

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9        FOR THE COUNTY OF LOS ANGELES – SPRING STREET COURTHOUSE

10

11  JOHN AUGUST                          CASE NO. 19STSC13664
                                         [Assigned to Judge Pro Tem: Josh Stinn]
12             Plaintiff,                     Dept. "1A"]

13     v.                                *SC-105, Item 3*
                                         DEFENDANT ST. JOHN'S WELL CHILD
14  ST. JOHN'S WELL CHILD AND FAMILY     AND FAMILY'S APPLICATION FOR
                                         RECONSIDERATION RE DISMISSAL OF
                                         DEFENDANT'S APPEAL; REQUEST FOR
15             Defendant.                CORECTION OF SERVICE DEFECT

16

17  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

18         PLEASE TAKE NOTICE that defendant ST. JOHN'S WELL CHILD AND FAMILY

19  ("Defendant"), hereby applies ex parte for reconsideration of the denial of defendant's request for

20  an order setting aside dismissal erroneously entered against defendant in the Small Claims Appeal

21  – Trial De Novo on the grounds that defendant was entitled to both statutory and equitable relief

22  due to plain error of the clerk that lead to defendant having no notice of the trial hearing or any

23  other matters in this case as all documents sent by the Court that were intended to come to

24  defendant were instead sent to Plaintiff John August's address: 5939 Coldbrook Ave., Lakewood,

25  CA, 90713.

26  ///

27  ///

28  \\db004\prolawlive\documents\232-0079\344362.doc          1
    _____
    *SC-105, Item 3;* DEFENDANT ST. JOHN'S WELL CHILD AND FAMILY'S APPLICATION FOR
    RECONSIDERATION RE DISMISSAL OF DEFENDANT'S APPEAL; REQUEST FOR CORECTION OF
    SERVICE DEFECT

USA_000047

1        Further, the small claims court lacked jurisdiction to hear the case and granted judgment

2    notwithstanding plaintiff's failure to meet the basic elements of his claim at trial.  defendant

3    respectfully prays for relief from the dismissal that was entered at trial – de novo.

4

DATED:  November 6, 2020                LAW + BRANDMEYER, LLP

5

6                                      By_____

7                                       KENT T. BRANDMEYER, ESQ.
JACOB S. ROSENBERG, ESQ.

8                                       Attorneys for Defendant,
ST. JOHN'S WELL CHILD AND

9                                       FAMILY

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   \\db004\prolawlive\documents\232-0079\344362.doc      2

---

*SC-105, Item 3;* DEFENDANT ST. JOHN'S WELL CHILD AND FAMILY'S APPLICATION FOR
RECONSIDERATION RE DISMISSAL OF DEFENDANT'S APPEAL; REQUEST FOR CORECTION OF
SERVICE DEFECT

USA_000048

1
## MEMORANDUM OF POINTS AND AUTHORITIES

2
## I.    INTRODUCTION / BACKGROUND

3       This is a case where through the inadvertence or mistake of the clerk, a defendant has been

4   deprived of its due process rights and left in the dark as the case, and defendant's own appeal,

5   were carried on behind its back.

6       On October 31, 2019, Defendant St. John's Well Child and Family ("Defendant") received

7   notice that Plaintiff John August ("Plaintiff") had filed an administrative tort claim alleging a

8   delay in treatment of a large heterogeneous mass on his right adrenal gland due to defendant's

9   alleged failure to recognize symptoms that would require further testing and treatment.

10  Declaration of Jacob S. Rosenberg ("Rosenberg Decl.") ¶ 5.

11      On December 23, 2019, defendant completed its obligations under the federal

12  administrative process by sending all requested documents to the Department of Health and

13  Human Services ("DHHS") for review.  Rosenberg Decl. ¶ 6.  Following receipt of the documents

14  from defendant, DHHS began review of Plaintiff's administrative claim.  Rosenberg Decl. ¶ 6.

15      On December 9, 2019, plaintiff filed a medical malpractice action in the California Small

16  Claims Court for the County of Los Angeles, naming St. John's Well Child and Family as

17  defendant.  Defendant's address was properly listed as 808 W. 58th Street, Los Angeles, CA

18  90037. Rosenberg Decl. ¶ 7.  On February 5, 2020, defendant answered by way of requesting

19  dismissal for lack of jurisdiction due to its status as a Federally Deemed Health center within the

20  meaning of the Federal Tort Claims Act, and due to the still pending administrative tort claim filed

21  by plaintiff.  Rosenberg Decl. ¶ 8.  On February 4, 2020, First Legal, Court and Process, attempted

22  to deliver defendant's answer and request for dismissal in person to the Small Claims Court,

23  Department 90 of the Stanley Mosk Courthouse, but the clerk refused to accept the filing.

24  Rosenberg Decl. ¶ 9.

25      On February 6, 2020, Danielle Osby, defendant's designated representative, appeared

26  before the Small Claims Court, Department 90 of the Stanley Mosk Courthouse and gave the clerk

27  defendant's answering documents in person.  Rosenberg Decl.  ¶ 10.  On defendant's Request for

28  \\db004\prolawlive\documents\232-0079\344362.doc          3

USA_000049

1  Court Order and Answering documents, defendant's address was properly listed as 808 W. 58th

2  Street, Los Angeles, CA 90037.  Rosenberg Decl. ¶ 10.

3        When Plaintiff's case was called, Ms. Osby argued for dismissal for lack of jurisdiction.

4  The Court made no finding regarding jurisdiction, but instead proceeded to hear plaintiff's

5  argument on the merits of the case without considering jurisdiction.  Rosenberg Decl. ¶ 11.

6  Plaintiff presented no expert declaration or expert testimony to the Court to establish standard of

7  care.  Rosenberg Decl. ¶ 12.   The Court entered judgement in favor of Plaintiff on February 6,

8  2020.  On the Notice of Entry of Judgment, defendant's address is erroneously listed as 5939

9  Coldbrook Ave., Lakewood, CA 90713.

10        Defendant received no notice that judgment had been entered until March 5, 2020, when

11  Plaintiff informed defendant that he had received judgment in his favor.  Rosenberg Decl. ¶ 13.

12  On March 6, 2020, defendant timely filed an appeal.  Notice of Appeal of Judgement (Exhibit

13  "G").  Defendant received no notices or any other documents from the court or plaintiff.

14  Rosenberg Decl. ¶ 14.   On August 18, 2020, plaintiff called Ms. Osby and informed her that the

15  appeal was heard by the court on August 17, 2020.  Rosenberg Decl. ¶ 15.   A review of the

16  notices posted to the court's website reveals that no documents or notices have been sent to

17  defendant's proper address.  Instead, every document in this case has been sent only to 5939

18  Coldbrook Ave., Lakewood, CA 90713, plaintiff's address.  Court Notices (Exhibit "H"),

19  Rosenberg Decl. ¶ 15.   Due to this clerical error, defendant was deprived of its fundamental right

20  to due process.  Defendant on September 4, 2020 requested a Court Order to relieve defendant of

21  the erroneous dismissal of its appeal due to lack of due process due to lack of proper service,

22  which was denied without hearing.  As with each other event of this case, defendant had no notice

23  of this denial until plaintiff contacted defendant's counsel on November 4, 2020 and informed

24  defendant that a denial had been entered.  Rosenberg Decl. ¶ 16.  The arguments, facts, and law

25  contained herein were not previously considered by the Court, per the Court's denial without

26  hearing, which made no finding of fact or law.  Rosenberg Decl. ¶ 17.

27  ///

28  \\db004\prolawlive\documents\232-0079\344362.doc     4

---

*SC-105, Item 3;* **DEFENDANT ST. JOHN'S WELL CHILD AND FAMILY'S APPLICATION FOR RECONSIDERATION RE DISMISSAL OF DEFENDANT'S APPEAL; REQUEST FOR CORECTION OF SERVICE DEFECT**

USA_000050

1   **II.     RECONSIDERATION IS APPROPRIATE UNDER CCP § 1008(b) AS THERE ARE**

2   **FACTS, CIRCUMSTANCES, AND LAW NOT CONSIDERED BY THE COURT IN ITS**

3   **PREVIOUS ORDER**

4        CCP § 1008(b) provides that a party may apply for an order which was previously refused

5   in whole or part again on new or different facts, circumstances, or law.  This requires an affidavit

6   stating what application was made before, when and to what judge, what order or decision was

7   made, and what new or different facts, circumstances, or law are claimed to be shown.  The

8   Declaration of Jacob S. Rosenberg, Esq. meets each of these requirements and the arguments

9   below discuss in detail the new and different laws, facts, and circumstances.  As such,

10   reconsideration is appropriate.

11   **III.     THE COURT MAY GRANT RELIEF AND DEFENDANT IS ENTITLED TO**

12   **STATUTORY RELIEF UNDER CCP § 473(d)**

13        Regardless of whether this is being brought up on reconsideration, the Court is empowered

14   by CCP §473 to at any time correct clerical mistakes in its judgments or orders, and may set aside

15   any void judgment or order.  The law favors adjudication of disputes on their merits, and as such,

16   courts must liberally construe statues providing discretionary relief from judgment.  Arambula v.

17   Union Carbide Corp. (2005) Cal.App.4th 333, 340.  Where a party promptly seeks relief and the

18   party opposing the motion will not suffer prejudice if relief is granted, only "very slight evidence"

19   is required to justify a court in setting aside judgment.  Fasuvi v. Permatex, Inc. (2008) 167

20   Cal.App.4th 681, 694.  Furthermore, "because the law strongly favors trial and disposition on the

21   merits, *any* doubts in applying section 473 must be resolved in favor of the party seeking relief…"

22   Ibid. (emphasis added).

23        Here, there are clear grounds to grant defendant relief from the Court's order.  Defendant

24   had no notice that a hearing was being held on August 17, 2020, and in fact had received no notice

25   of any action in this case following its initial filing of appeal.  The law makes it clear that a

26   defendant is entitled to relief from judgment from the mistake, neglect or inadvertence of the

27   defendant itself or its attorney, due to the strong policy in favor of disposition of cases on the

28   \\db004\prolawlive\documents\232-0079\344362.doc          5

*SC-105, Item 3;* **DEFENDANT ST. JOHN'S WELL CHILD AND FAMILY'S APPLICATION FOR RECONSIDERATION RE DISMISSAL OF DEFENDANT'S APPEAL; REQUEST FOR CORECTION OF SERVICE DEFECT**

USA_000051

1   merits.  CCP §473 (b).  This policy holds just as strong if not stronger where the mistake was not

2   on the part of the party, but that of the court itself.

3       In <u>Fasuyi</u>, the court found it just and right to set aside judgment where "something went

4   awry" following the transmittal of a complaint to the defendant's insurance carrier resulting in

5   default being entered against defendant.  The Court called this a classic instance of mistake and

6   inadvertence, even though it was through no error on the part of a party or its attorney.  <u>Fasuyi</u> 167

7   cal.App.4th at 694.  There, the mere loss of the complaint in transit was enough to find clear

8   mistake on the part of a third party, entitling defendant to relief from judgment.  <u>Ibid.</u>

9       Similar to <u>Fasuyi</u>, here, defendant had its appeal dismissed for failing to appear to defend

10  itself.  Just like in <u>Fasuyi</u>, the reason for the failure to appear was the lack of notice.  Though,

11  unlike <u>Fasuyi</u>, where it was unknown why the Complaint never reached the insurance carrier, here

12  we are well aware why the notices of court dates never reached defendant – none were ever sent to

13  the defendant.  In this case in particular, this mistake is particularly prejudicial to the defendant,

14  because these notices were specifically being sent to the plaintiff, making plaintiff the only one

15  who would be in a position to correct the court's mistake of address.

16      Applying section 473, and liberally construing the law in favor of trial and disposition on

17  the merits, defendant is clearly entitled to relief from judgment due to this highly impactful

18  clerical error.

19  **III.    DEFENDANT IS ENTITLED TO EQUITABLE RELIEF DUE TO LACK OF DUE**

20  **PROCESS AS A RESULT OF EXTRINSIC MISTAKE**

21      A court may vacate a judgment or reverse an order on equitable grounds even if statutory

22  relief is unavailable.  <u>Rappleyea v. Campbell</u> (1984) 8 Cal.4th 975, 981.  When circumstances

23  extrinsic to the litigation have unfairly cost a party a hearing on the merits, equitable relief should

24  be broadly applied.  <u>Ibid.</u>

25  One example of extrinsic circumstances, particularly applicable here, is extrinsic mistake.  The

26  court has the power to grant equitable relief for extrinsic mistake – circumstances outside of the

27  litigation itself that have prevented a party from obtaining a hearing on the merits.  <u>Cruz v. Fagor</u>

28  \\db004\prolawlive\documents\232-0079\344362.doc          6

USA_000052

1   America, Inc. (2007) 146 Cal.App.4th 488, 502.

2   As a matter of policy, equitable relief from disposition of a case should be granted if the

3   moving party had no reasonable opportunity to have determined impartially meritorious claim or

4   defense, especially where it did not know of an action due to error of the court of its officers.

5   Baske v. Burke (1981) 125 Cal.App.3d 38, 43.

6   **IV.     JUDGMENT WAS ENTERED ERRONEOUSLY WITHOUT CONSIDERATION**

7   **OF THE APPLICABLE LAW**

8   **A.     The Small Claims Court's Judgment is Void Due to Lack of Jurisdiction**

9   Where subject matter or personal jurisdiction is lacking a judgment is void and vulnerable to

10  direct or collateral attack at any time.  People v. American Contractors Indemnity Co. (2004) 33

11  Cal.4th 653, 660.  Regardless of whether the defect appears on the face of the judgment or where

12  it is shown by extrinsic evidence, lack of jurisdiction will render a judgment invalid and void. Los

13  Angeles v. Morgan (1951) 105 Cal. App. 2d 726, 732-33.

14  As discussed above, defendant St. John's Well Child and Family is a Federally Deemed

15  Healthcare Provider, making it an employee of the Public Health Services. FTCA Deeming Notice

16  2019 (Exhibit "I"). Pursuant to 42 USC § 233 (g) et seq, "[t]he remedy against the United States

17  … and any officer, governing board member, employee or contractor of such an entity who is

18  deemed to be an employee of the Public health Services pursuant to this paragraph *shall be*

19  *exclusive of any other civil action or proceeding* to the same extent as the remedy against the

20  United States is exclusive pursuant to subsection (a) [of the Federal Tort Claim Act]." 42 USC §

21  233 (g), emphasis added.  Subsection (a) of the Federal Tort Claim Act states: "The remedy

22  against the United States … for damages for personal injury, including death, resulting from the

23  performance of medical, surgical, dental, or related functions… shall be exclusive of any other

24  civil action or proceeding…" 42 USC § 233 (a). Furthermore, the federal district courts have

25  exclusive jurisdiction over such actions. 28 USC § 1346 et seq.  As such, the small claims court,

26  and any other state court, lacks both personal and subject matter jurisdiction over defendant and

27  this action, rendering judgment void.

28  \\db004\prolawlive\documents\232-0079\344362.doc                    7

USA_000053

1       **B.**     **Plaintiff's Claims Are Barred Due to Failure to Exhaust Administrative**

2 **Remedies**

3       The failure to exhaust administrative remedies bars all action for damages, including tort

4 claims. <u>Westlake Community Hosp. v. Superior Court</u> (1976) 17 Cal.3d 465, 476-77. "It is well

5 settled that judicial intervention is premature until the administrative agency has rendered a final

6 decision on the merits. Before seeking judicial review, a party must show that he has made a full

7 presentation to the administrative agency upon all issues of the case and at all prescribed stages of

8 the administrative proceedings." <u>Fiscus v. Dept. Alcohol Bev. Control</u> (1957) 155 Cal.App.2d

9 234, 236.

10       Plaintiff clearly failed to exhaust his administrative remedies and as such any judicial

11 action in this matter was improper. Plaintiff properly began an administrative action in this matter

12 in October of 2019, and, while still in the early stages of this administrative proceeding, plaintiff

13 proceeded to file a case in small claims court, completely disregarding administrative process.

14 Furthermore, plaintiff completely failed to demonstrate that he made any presentation to the

15 administrative agency of the issues of the case beyond initiating a claim. The small claims court

16 erred in hearing the case at all when defendant presented evidence to the court that it was federally

17 deemed. Due to plaintiff's blatant failure to exhaust the available administrative remedy, this

18 action should have been barred in its entirety, judicial action was fatally premature.

19       **C.**     **Plaintiff Failed to Meet the Basic Elements of His Action in the Small Claims**

20 **Court**

21       The essential elements to establish a claim of medical negligence are: (1) a legal duty to

22 use due care; (2) a breach of such legal duty; and (3) the breach was the proximate or legal cause

23 of the resulting injury. (5 Witkin, Summary of California Law (9th ed.), Torts § 732.)

24       As a general rule, the testimony of an expert witness is required in every professional

25 negligence case to establish the applicable standard of care. <u>Flowers v. Torrance Memorial Hosp.</u>

26 (1994) 8 Cal. 4th 992, 1001. The narrow exception to this rule is where "the conduct required by

27 the particular circumstances are within the common knowledge of the layman." <u>Ibid.</u>

28 \\db004\prolawlive\documents\232-0079\344362.doc      8

---

*SC-105, Item 3;* DEFENDANT ST. JOHN'S WELL CHILD AND FAMILY'S APPLICATION FOR
RECONSIDERATION RE DISMISSAL OF DEFENDANT'S APPEAL; REQUEST FOR CORECTION OF
SERVICE DEFECT

USA_000054

1  This exception, however, is extremely narrow and limited, it arises only when the plaintiff can

2  invoke the doctrine of res ipsa loquitor. Ibid.  Given that plaintiff's assertion is a failure to

3  diagnose, he cannot assert the doctrine of res ipsa loquitor, and should have been required to

4  present expert testimony to establish a breach of standard of care.

5          The law requires that physicians exercise a reasonable degree of skill, knowledge, and care

6  ordinarily possessed and exercised by physicians under similar circumstances in diagnosis and

7  treatment, with no different or higher degree of responsibility than that possessed in their

8  professional community. Folk v. Kilk (1975) 53 Cal.App.3d 176, 185.  A defendant is held liable

9  for a plaintiff's injuries only if he breached his duty to exercise reasonable care toward the

10  plaintiff. Ibid.  Plaintiff presented no evidence to establish the standard of care, let alone the

11  required expert testimony.  Absent evidence that the standard of care was breached, plaintiff failed

12  to establish one of the essential elements of negligence and his claim should have failed at the

13  small claims court level as a matter of law.

14          Further, plaintiff failed to present and cannot prove causation, another essential element of

15  a negligence claim. In order to support an action based on medical negligence, plaintiffs must

16  prove not only that the provider's conduct was below the standard of care, but also that its

17  negligence was the legal cause of plaintiff's injuries.  (C.A.C.I. 500; see also 5 Witkin, Summary

18  of California Law (9th ed.) Torts § 732; see also *Keen v. Prisinzano* (1972) 23 Cal.App.3d 275,

19  279.)

20          [C]ausation must be proven within a reasonable medical probability based upon
        competent expert testimony.  Mere possibility alone is insufficient to establish a

21      prima facie case . . . There can be many possible "causes," indeed, an infinite
        number of circumstances which produce an injury or disease.  A possible cause

22      only becomes "probable" when, in the absence of other reasonable causal
        explanations, it becomes more likely than not the injury was a result of its action.

23

24      McNamara v. Ortho Pharmaceutical Corporation (1985) 163 Cal.App.3d 396, 402.

25          A plaintiff alleging medical malpractice cannot recover when there is only a mere

26  possibility that the defendant's negligence caused the wrong. Simmons v. West Covina Medical

27  Clinic (1989) 212 Cal.App.3d 696. As with the standard of care, expert testimony is necessary to

28  \\db004\prolawlive\documents\232-0079\344362.doc          9

---

***SC-105, Item 3;* DEFENDANT ST. JOHN'S WELL CHILD AND FAMILY'S APPLICATION FOR
RECONSIDERATION RE DISMISSAL OF DEFENDANT'S APPEAL; REQUEST FOR CORECTION OF
SERVICE DEFECT**

USA_000055

1    establish causation to a reasonable medical probability. Dumas v. Cooney (1991) 235 Cal.App.3d

2    1593, 1603. As discussed above, plaintiff produced no expert testimony, and as such, failed to

3    establish an element of his cause of action. As such, plaintiff's claims should have failed as a

4    matter of law.

5         **D.    Plaintiff's Claims Are Barred by the Applicable Statute of Limitations**

6         California Code of Civil Procedure §340.5 sets forth the applicable statute of

7    limitations in medical malpractice lawsuits:

8         "In an action for injury or death against a health care provider based upon
          such person's alleged professional negligence, the time for the
9         commencement of action shall be three years after the date of injury or
          one year after the plaintiff discovers, or through the use of reasonable
10        diligence should have discovered, the injury, whichever occurs first. In no
          event shall the time for commencement of legal action exceed three years
11        unless tolled for any of the following: (1) upon proof of fraud, (2)
          intentional concealment, or (3) the presence of a foreign body, which has
12        no therapeutic or diagnostic purpose or effect, in the person of the injured
          person."

13   This section creates two limitations periods, both of which must be satisfied if a plaintiff is

14   to timely file a medical malpractice action. Dolan v. Borelli (1993) 13 Cal.App.4th 816, 825.

15   First, the plaintiff must file within one year after she first 'discovers' the injury and the negligent

16   cause of that injury. Second, she must file within three years after she first experiences harm from

17   the injury. Id.

18        The one-year limitations period of Code of Civil Procedure § 340.5 commences to run

19   when the plaintiff is or should be aware of her injury as well as the negligent cause of her injury.

20   Hill v. Aronsohn (1984) 152 Cal.App.3d 753, 759; accord Jolly v. Eli Lilly & Co (1988) 44

21   Cal.3d 1103, 1110. In Sanchez v. South Hoover Hospital (1976) 18 Cal.3d 93, the California

22   Supreme Court reasoned, "When a plaintiff has information which would put a reasonable person

23   on inquiry, when a plaintiff's 'reasonably founded suspicions [have been] aroused' and the

24   plaintiff has 'become alerted to the necessity for investigation and pursuit of her remedies,' the

25   one-year period commences." Dolan, Cal.App.4th at 823 quoting Sanchez, 18 Cal.3d at 101-102.

26        This rule sets forth two alternate tests for triggering the limitations period: (1) a subjective

27   test requiring actual suspicion by the plaintiff that the injury was caused by wrongdoing; and (2)

28   \\db004\prolawlive\documents\232-0079\344362.doc          10

---

*SC-105, Item 3;* DEFENDANT ST. JOHN'S WELL CHILD AND FAMILY'S APPLICATION FOR
RECONSIDERATION RE DISMISSAL OF DEFENDANT'S APPEAL; REQUEST FOR CORECTION OF
SERVICE DEFECT

USA_000056

1    an objective test requiring a showing that a reasonable person would have suspected the injury was

2    caused by wrongdoing.  The first to occur under these two tests begins the limitations period.

3    Jolly, 44 Cal.3d at 1110.

4           The Court in Sanchez v. South Hoover Hospital (1976) 18 Cal. 3d 93 explained that

5    "[p]ossession of 'presumptive' as well as 'actual' knowledge will commence the running of the

6    statute." (Id. at 101.)  In Sanchez a plaintiff sued for injuries sustained during surgery.  She

7    continued under the care of the physician defendant, though her suspicions of wrongdoing had

8    been aroused.  (Id. at 102.)  She felt her wound was not healing properly.  (Id. at 95.) The patient

9    conceded she did not accept the physician defendant's assurances at face value. (Id.)  Based on

10   these circumstances the Court found that the statute of limitations began to run no later than the

11   time the patient left the physician's care.  (Id. at 102)  However, her complaint was barred by the

12   statute of limitations as it was filed over one year later.

13          Here, plaintiff asserted that the failure to provide testing occurred in August of 2015, more

14   than four years prior to the filing of his administrative action, let alone the filing of his lawsuit,

15   which places it well outside the three-year statute of limitations.  Further, plaintiff's actual

16   knowledge began at the absolute latest in October of 2018, when he received the results of an MRI

17   showing the large heterogeneous mass in the right adrenal gland, which he asserts defendant was

18   negligent in not discovered back in 2015.  Plaintiff did not file a lawsuit until December 9, 2019,

19   well past the one-year statute of limitations. As such, plaintiff's claims are barred by both the one

20   year and three-year statutes of limitations.

21   DATED:  November 6, 2020                    LAW + BRANDMEYER, LLP

22                                                                By_____

23                                                                     KENT T. BRANDMEYER, ESQ.
                                                                       JACOB S. ROSENBERG, ESQ.
24                                                                     Attorneys for Defendant,
                                                                       ST. JOHN'S WELL CHILD AND
25                                                                     FAMILY

26

27

28   \\db004\prolawlive\documents\232-0079\344362.doc         11

USA_000057

# DECLARATION

USA_000058

DECLARATION OF JACOB S. ROSENBERG

I, Jacob S. Rosenberg, declare as follows:

1.      I am an attorney at law, duly licensed to practice in the state of California.  I am an associate with the firm of Law + Brandmeyer, LLP, attorneys of record for St. John's Well Child and Family ("defendant").

2.      I make this declaration in support of Defendant's Ex Parte Application to relieve defendant from dismissal of its appeal and correct the service defect in this case.

3.      I am personally familiar with the file in this matter and state that this ex parte application has been researched in good faith, and not for the purpose of harassment, delay, or vexation.  The following facts are within my personal knowledge, and if sworn as a witness, I could and would competently testify thereto.

4.      The only contact information for plaintiff in our possession is his address. As such, notice of this ex parte application, and this ex parte application itself were sent to plaintiff's address via overnight delivery on November 6, 2020.

5.      On October 31, 2019, Defendant St. John's Well Child and Family ("Defendant") received notice that Plaintiff John August ("Plaintiff") had filed an administrative tort claim alleging a delay in treatment of a large heterogeneous mass on his right adrenal gland due to defendant's alleged failure to recognize symptoms that would require further testing and treatment.

6.      On December 23, 2019, defendant completed its obligations under the federal administrative process by sending all requested documents to the Department of Health and Human Services ("DHHS") for review.  On December 20, 2019, I completed compilation of all documents requested by the Department of Health and Human Services ("DHHS") as part of the Administrative Tort Claim of John August and received confirmation of receipt on December 23, 2019.  DHHS confirmed the matter was under review.

7.      On December 9, 2019, plaintiff filed a medical malpractice action in the California Small Claims Court for the County of Los Angeles, naming St. John's Well Child and Family as

USA_000059

1 │ defendant. Defendant's address was properly listed as 808 W. 58th Street, Los Angeles, CA 90037.

2 │     8.    On February 5, 2020, defendant answered by way of requesting dismissal for lack

3 │ of jurisdiction due to its status as a Federally Deemed Health center within the meaning of the

4 │ Federal Tort Claims Act, and due to the still pending administrative tort claim filed by plaintiff.

5 │     9.    On February 4, 2020, I directed my firm's attorney service, First Legal, Court and

6 │ Process ("First Legal") to deliver defendant's answer and request for dismissal to the Small

7 │ Claims Court, Department 90 of the Stanley Mosk Courthouse.  I was informed by First Legal that

8 │ same day that in-person delivery had been attempted and the clerk of court had refused the filing.

9 │     10.    On February 6, 2020, Danielle Osby, defendant's designated representative,

10 │ appeared before the Small Claims Court, Department 90 of the Stanley Mosk Courthouse. I was

11 │ also present that day and provided her with a print copy of defendant's answer and request for

12 │ dismissal which were given the clerk in person that day.  On defendant's Request for Court Order

13 │ and Answering documents, defendant's address was properly listed as 808 W. 58th Street, Los

14 │ Angeles, CA 90037.

15 │     11.    When Plaintiff's case was called, Ms. Osby argued for dismissal for lack of

16 │ jurisdiction.  The Court made no finding regarding jurisdiction, but instead proceeded to hear

17 │ plaintiff's argument on the merits of the case without considering jurisdiction.

18 │     12.    Plaintiff John August was present alone in the Small Claims Court the day of

19 │ February 6, 2020 and did not present any expert witness, nor was there an expert declaration in the

20 │ papers he brought to present to the court that day.

21 │     13.    On March 5, 2020, I spoke on the phone with Plaintiff John August who informed

22 │ me that he was in possession of a judgment from the Small Claims Court entered in his favor,

23 │ which neither my office nor defendant itself had ever received. On March 6, 2020, defendant

24 │ timely filed an appeal.

25 │     14.    Neither my office, nor defendant have received any documents from the Court

26 │ related to this matter since the filing of defendant's appeal.  A thorough review of the documents

27 │ and notices on the Court's website revealed that all documents in this case have been sent only to

28 │ \\db004\prolawlive\documents\232-0079\344362.doc      13

---

**SC-105, Item 3; DEFENDANT ST. JOHN'S WELL CHILD AND FAMILY'S APPLICATION FOR RECONSIDERATION RE DISMISSAL OF DEFENDANT'S APPEAL; REQUEST FOR CORECTION OF SERVICE DEFECT**

USA_000060

1 │ 5939 Coldbrook Ave., Lakewood, CA 90713, plaintiff's address.

2 │     15.    On Augusts 18, 2020 I received notice from my client that Ms. Osby had been
3 │ contacted by plaintiff who informed her that defendant's appeal had been heard on August 17,
4 │ 2020, without appearance by defendant.  A review of the notices posted to the court's website
5 │ reveals that no documents or notices have been sent to defendant's proper address.  Instead, every
6 │ document in this case has been sent only to 5939 Coldbrook Ave., Lakewood, CA 90713,
7 │ plaintiff's address.

8 │     16.    Defendant on September 4, 2020 requested a Court Order to relieve defendant of
9 │ the erroneous dismissal of its appeal due to lack of due process due to lack of proper service,
10 │ which was denied without hearing by this Court.  As with each other event of this case, defendant
11 │ had no notice of this denial until plaintiff contacted defendant's counsel on November 4, 2020 and
12 │ informed defendant that a denial had been entered.

13 │     17.    The arguments, facts, and law contained herein were not previously considered by
14 │ the Court, per the Court's denial without hearing, which made no finding of fact or law.

15 │     18.    Attached hereto as Exhibit A is a copy of Plaintiff John August's grievance letter
16 │ sent as part of initiating an administrative tort claim.

17 │     19.    Attached hereto as Exhibit B is the notice letters to defendant notifying it of the
18 │ Administrative Tort Claim brought by Plaintiff John August.

19 │     20.    Attached hereto as Exhibit C is the Binder Cover and Shipping Labels for the
20 │ documents sent to the Department of Health and Human Services to fulfill defendant's discovery
21 │ obligations within the administrative process.

22 │     21.    Attached hereto as Exhibit D is a copy of Plaintiff's Small Claims Court Claim and
23 │ the Order to Go to Small Claims Court.

24 │     22.    Attached hereto as Exhibit E is a copy of defendant's Answer and Request for
25 │ Court Order for Dismissal to the Small Claims Court.

26 │     23.    Attached hereto as Exhibit F is the Notice of Entry of Judgment from the Small
27 │ Claims Court.

28 │ \\db004\prolawlive\documents\232-0079\344362.doc      14

---

**SC-105, Item 3; DEFENDANT ST. JOHN'S WELL CHILD AND FAMILY'S APPLICATION FOR
RECONSIDERATION RE DISMISSAL OF DEFENDANT'S APPEAL; REQUEST FOR CORECTION OF
SERVICE DEFECT**

USA_000061

1    24.    Attached hereto as Exhibit G is a copy of defendant's Notice of Appeal.

2    25.    Attached hereto as Exhibit H are copies of the Notices on this matter taken form the

3    LA Superior Court's website showing defendant's address erroneously listed as plaintiff's address.

4    26.    Attached hereto as Exhibit I is a copy of defendant's 2019 FTCA Deeming Notice.

5    I declare, under penalty of perjury, under the laws of the state of California, that the

6    foregoing is true and correct.

7    Executed this 6th day of November 2020, at Pasadena, California

Jacob S. Rosenberg, Esq.
Declarant

28   \\db004\prolawlive\documents\232-0079\344362.doc      15

**SC-105, Item 3; DEFENDANT ST. JOHN'S WELL CHILD AND FAMILY'S APPLICATION FOR RECONSIDERATION RE DISMISSAL OF DEFENDANT'S APPEAL; REQUEST FOR CORECTION OF SERVICE DEFECT**

1    **PROOF OF SERVICE**

2    STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3        I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and
     not a party to the within action; my business address is 2 North Lake Avenue, Suite 820,
4    Pasadena, CA 91101.

5        On November 9, 2020, I served the foregoing document described as:

6        **REQUEST FOR COURT ORDER AND ANSWER**

7    on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed
     envelope addressed as follows:
8
                         SEE ATTACHED MAILING LIST
9
     [X]  **(BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED):**
10        [ ] I deposited such envelope in the mail at Pasadena, California.  The envelope was mailed
          with postage thereon fully prepaid.
11        [X]    As follows:  I am "readily familiar" with the firm's practice of collection and
          processing correspondence for mailing.  Under that practice it would be deposited with U.S.
12        postal service on that same day with postage thereon fully prepaid at Pasadena, California in
          the ordinary course of business.  I am aware that on motion of the party served, service is
13        presumed invalid if postal cancellation date or postage meter date is more than one day after
          date of deposit for mailing in affidavit.
14        Executed on November 9, 2020, at Pasadena, California.

15   [ ]  **(BY ELECTRONIC SERVICE (CRC 2.251(c)(3)):**
          I caused the document(s) to be served upon the above-interested party(ies) using a court
16        approved electronic filing service provider, **First Legal**, to the electronic service address as
          set for above.
17
18   [ ]  **(VIA OVERNIGHT DELIVERY (CCP §§1013(c)(d), et seq):**
          I enclosed said document(s) in a sealed envelope or package provided by an overnight
19        delivery carrier to each addressee.  I placed the envelope or package, delivery fees paid for,
          for collection and overnight delivery at an office or at a regularly utilized drop box
20        maintained by the express service carrier (General Logistics Systems-"GLS") at 2 North Lake
          Avenue, Suite 820, Pasadena, California 91101.
21
     [X]  (STATE) I declare under penalty of perjury under the laws of the State of California that the
22        above is true and correct.

23

24                                    _____
                                      ALICE NAHAPATIAN
25

26

27

28

                                         1
                      REQUEST FOR COURT ORDER AND ANSWER

USA_000063

1

**SERVICE LIST**

2   Re:   John August v. St. John's Well Child and Family Center
          Case No. 19STSC13664

3

4   John August
    5939 Coldbrook Ave.
5   Room 3
    Lakewood, CA 90713

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

USA_000064

**EJ-130**

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO.: | FOR COURT USE ONLY |
|---|---|---|

NAME: **John August**

FIRM NAME:

STREET ADDRESS: 5939 Coldbrook Ave., Room 3

CITY: Lakewood          STATE: CA     ZIP CODE: 90713

TELEPHONE NO.:          FAX NO.:

EMAIL ADDRESS:

ATTORNEY FOR *(name)*:

[ ] ATTORNEY FOR   [✓] ORIGINAL JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles

STREET ADDRESS: 111 North Hill Street

MAILING ADDRESS:

CITY AND ZIP CODE: Los Angeles CA 90012

BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF/PETITIONER: John August

DEFENDANT/RESPONDENT: St. John's Well Child and Family Center Inc.

CASE NUMBER: **19STSC13664**

|  | |
|---|---|
| **WRIT OF** | [✓] **EXECUTION (Money Judgment)** |
|  | [ ] **POSSESSION OF**   [ ] **Personal Property** |
|  | [ ] **SALE**   [ ] **Real Property** |

[✓] **Limited Civil Case** (including Small Claims)

[ ] **Unlimited Civil Case** (including Family and Probate)

1. **To the Sheriff or Marshal of the County of:** Los Angeles
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accordance with CCP 699.080 or CCP 715.040.
3. **(Name):** John August
   is the [✓] original judgment creditor   [ ] assignee of record   whose address is shown on this form above the court's name.
4. **Judgment debtor** *(name, type of legal entity if not a natural person, and last known address):*

   ```
   St. John's Well Child and Family Center Inc.
   808 W. 58th St
   Los Angeles, CA  90037
   ```

   [ ] Additional judgment debtors on next page

5. **Judgment entered** on *(date):* 02/06/2020
   *(See type of judgment in item 22.)*

6. [ ] Judgment renewed on *(dates):*

7. **Notice of sale** under this writ:
   a. [✓] has not been requested.
   b. [ ] has been requested *(see next page).*

8. [ ] Joint debtor information on next page.

   [SEAL]

9. [ ] Writ of Possession/Writ of Sale information on next page.
10. [ ] This writ is issued on a sister-state judgment.

**For items 11–17, see form MC-012 and form MC-013-INFO.**

| | | |
|---|---|---|
| 11. Total judgment *(as entered or renewed)* | $ | 10,040.00 |
| 12. Costs after judgment *(CCP 685.090)* | $ | 0.00 |
| 13. Subtotal (add 11 and 12) | $ | 10,040.00 |
| 14. Credits to principal *(after credit to interest)* | $ | 0.00 |
| 15. Principal remaining due *(subtract 14 from 13)* | $ | 10,040.00 |
| 16. Accrued interest remaining due per CCP 685.050(b) *(not on GC 6103.5 fees)* | $ | 800.00 |
| 17. Fee for issuance of writ *(per GC 70626(a)(I))* | $ | 0.00 |
| 18. **Total amount due** (add 15, 16, and 17) | $ | 10,840.00 |

19. **Levying officer:**
   a. Add daily interest from date of writ *(at the legal rate on 15) (not on GC 6103.5 fees)* . . . . . . . . . . . . . . .  $ 2.77
   b. Pay directly to court costs included in 11 and 17 *(GC 6103.5, 68637; CCP 699.520(j))* . . . . . . . . . . . . . . .  $ 115.00

20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

Date: 11/30/2020

Sherri R. Carter, Executive Officer / Clerk of Court

Clerk, by K. Chan , Deputy

**NOTICE TO PERSON SERVED: SEE PAGE 3 FOR IMPORTANT INFORMATION.**

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. September 1, 2020]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov

USA_000065

**EJ-130**

| | |
|---|---|
| Plaintiff/Petitioner: John August | CASE NUMBER: |
| Defendant/Respondent: St. John's Well Child and Family Center Inc | 19STSC13664 |

21. ☐ Additional judgment debtor(s) *(name, type of legal entity if not a natural person, and last known address)*:

22. The judgment is for *(check one)*:

    a. ☐ wages owed.
    b. ☐ child support or spousal support.
    c. ☑ other. Judgment

23. ☐ Notice of sale has been requested by *(name and address)*:

24. ☐ Joint debtor was declared bound by the judgment (CCP 989-994)
    a. *on (date)*:
    b. name, type of legal entity if not a natural person, and last known address of joint debtor:

    a. *on (date)*:
    b. name, type of legal entity if not a natural person, and last known address of joint debtor:

    c. ☐ Additional costs against certain joint debtors are itemized: ☐ below ☐ on Attachment 24c.

25. ☐ (Writ of Possession or Writ of Sale) **Judgment** was entered for the following:

    a. ☐ Possession of real property: The complaint was filed on *(date)*:
        *(Check (1) or (2). Check (3) if applicable. Complete (4) if (2) or (3) have been checked.)*

      (1) ☐ The *Prejudgment Claim of Right to Possession* was served in compliance with CCP 415.46. The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.

      (2) ☐ The *Prejudgment Claim of Right to Possession* was NOT served in compliance with CCP 415.46.

      (3) ☐ The unlawful detainer resulted from a foreclosure sale of a rental housing unit. (An occupant not named in the judgment may file a *Claim of Right to Possession* at any time up to and including the time the levying officer returns to effect eviction, regardless of whether a *Prejudgment Claim of Right to Possession* was served.) *(See CCP 415.46 and 1174.3(a)(2).)*

      (4) If the unlawful detainer resulted from a foreclosure (item 25a(3)), or if the *Prejudgment Claim of Right to Possession* was not served in compliance with CCP 415.46 (item 25a(2)), answer the following:

        (a) The daily rental value on the date the complaint was filed was $

        (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify)*:

*Item 25 continued on next page*

USA_000066

**EJ-130**

| | |
|---|---|
| Plaintiff/Petitioner: John August | CASE NUMBER: |
| Defendant/Respondent: St. John's Well Child and Family Center Inc. | 19STSC13664 |

25. b. ☐ Possession of personal property.

      ☐ If delivery cannot be had, then for the value *(itemize in 25e)* specified in the judgment or supplemental order.

c. ☐ Sale of personal property.

d. ☐ Sale of real property.

e. The property is described ☐ below ☐ on Attachment 25e.

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (form EJ-150).

WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will demand that you turn over the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

EXCEPTION IF RENTAL HOUSING UNIT WAS FORECLOSED. If the residential property that you are renting was sold in a foreclosure, you have additional time before you must vacate the premises. If you have a lease for a fixed term, such as for a year, you may remain in the property until the term is up. If you have a periodic lease or tenancy, such as from month-to-month, you may remain in the property for 90 days after receiving a notice to quit. A blank form *Claim of Right to Possession and Notice of Hearing* (form CP10) accompanies this writ. You may claim your right to remain on the property by filling it out and giving it to the sheriff or levying officer.

EXCEPTION IF YOU WERE NOT SERVED WITH A FORM CALLED PREJUDGMENT CLAIM OF RIGHT TO POSSESSION. If you were not named in the judgment for possession and you occupied the premises on the date on which the unlawful detainer case was filed, you may object to the enforcement of the judgment against you. You must complete the form *Claim of Right to Possession and Notice of Hearing* (form CP10) and give it to the sheriff or levying officer. A blank form accompanies this writ. You have this right whether or not the property you are renting was sold in a foreclosure.

---

**WRIT OF EXECUTION**

USA_000067

MC-012

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: | FOR COURT USE ONLY |
|---|---|---|

NAME:  JOHN AUGUST

FIRM NAME:

STREET ADDRESS:  5939 COLDBROOK AVE, ROOM 3

CITY:  LAKEWOOD     STATE:  CA     ZIP CODE:  90713

TELEPHONE NO.:     FAX NO.:

E-MAIL ADDRESS:

ATTORNEY FOR (name):

**FILED**
Superior Court of California
County of Los Angeles
**11/30/2020**

Sherri R. Carter, Executive Officer / Clerk of Court

By: _____ K. Chan _____ Deputy

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  LOS ANGELES

STREET ADDRESS:  111 N. HILL ST

MAILING ADDRESS:  SAME AS ABOVE

CITY AND ZIP CODE:  LOS ANGELES, CA 90012

BRANCH NAME:  STANLEY MOSK COURTHOUSE

PLAINTIFF: JOHN AUGUST

DEFENDANT: ST. JOHN'S WELL CHILD AND FAMILY CENTER, INC.

| MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT OF CREDIT, AND DECLARATION OF ACCRUED INTEREST | CASE NUMBER: 19STSC13664 |
|---|---|

1. ☐ **Postjudgment costs**

   a. I claim the following costs after judgment incurred within the last two years *(indicate if there are multiple items in any category):*

   | | | Dates Incurred | | Amount |
   |---|---|---|---|---|
   | (1) | Preparing and issuing abstract of judgment | _____ | $ | _____ |
   | (2) | Recording and indexing abstract of judgment | _____ | $ | _____ |
   | (3) | Filing notice of judgment lien on personal property | _____ | $ | _____ |
   | (4) | Issuing writ of execution, to extent not satisfied by Code Civ. Proc., § 685.050 *(specify county):* | _____ | $ | _____ |
   | (5) | Levying officers fees, to extent not satisfied by Code Civ. Proc., § 685.050 or wage garnishment | _____ | $ | _____ |
   | (6) | Approved fee on application for order for appearance of judgment debtor, or other approved costs under Code Civ. Proc., § 708.110 et seq. | _____ | $ | _____ |
   | (7) | Attorney fees, if allowed by Code Civ. Proc., § 685.040 | _____ | $ | |
   | (8) | Other: _____ *(Statute authorizing cost):* _____ | | $ | |
   | (9) | Total of claimed costs for current memorandum of costs *(add items (1)–(8))* | | $ | |

   b. All previously allowed postjudgment costs     $ _____

   c. **Total** of all postjudgment costs *(add items a and b)*     $ _____

2. ☐ **Credits to interest and principal**

   a. I acknowledge total payments to date in the amount of: $ _____ (including returns on levy process and direct payments). The payments received are applied first to the amount of accrued interest, and then to the judgment principal (including postjudgment costs allowed) as follows: credit to accrued interest: $ _____ ; credit to judgment principal $ _____ .

   b. **Principal remaining due:** The amount of judgment principal remaining due is $ _____ . *(See Code Civ. Proc., § 680.300)*

3. ☐ **Accrued interest remaining due:** I declare interest accruing (at the legal rate) from the date of entry or renewal and on balances from the date of any partial satisfactions (or other credits reducing the principal) remaining due in the amount of $ *800.00* .

4. I am the:  ☒ judgment creditor     ☐ agent for the judgment creditor     ☐ attorney for the judgment creditor.

   I have knowledge of the facts concerning the costs claimed above. To the best of my knowledge and belief, the costs claimed are correct, reasonable, and necessary, and have not been satisfied.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: *11/30/20*

JOHN AUGUST
_____
(TYPE OR PRINT NAME)

▶ *[signature]*
_____
(SIGNATURE OF DECLARANT)

---

**NOTICE TO THE JUDGMENT DEBTOR**

If this memorandum of costs is filed at the same time as an application for a writ of execution, any statutory costs, not exceeding $100 in aggregate and not already allowed by the court, may be included in the writ of execution. The fees sought under this memorandum may be disallowed by the court upon a motion to tax filed by the debtor, notwithstanding the fees having been included in the writ of execution. (Code Civ. Proc., § 685.070(e).)  A motion to tax costs claimed in this memorandum must be filed within 10 days after service of the memorandum. (Code Civ. Proc., § 685.070(c).)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
MC-012 [Rev. September 1, 2018]

**MEMORANDUM OF COSTS AFTER JUDGMENT,
ACKNOWLEDGMENT OF CREDIT, AND DECLARATION
OF ACCRUED INTEREST**

Code of Civil Procedure,
§§ 685.040, 685.070, 695.220
www.courts.ca.gov

USA_000068

MC-012

| Short Title:   AUGUST VS. ST. JOHN'S, INC | CASE NUMBER:<br>19STSC13664 |
| --- | --- |

## PROOF OF SERVICE

☐ **Mail**     ☐ **Personal Service**

1. At the time of service I was at least 18 years of age and not a party to this legal action.

2. My residence or business address is:

3. ☐ I mailed or personally delivered a copy of the *Memorandum of Costs After Judgment, Acknowledgment of Credit, and Declaration of Accrued Interest* as follows *(complete either a or b):*

   a. ☐ **Mail.** I am a resident of or employed in the county where the mail occurred.
      (1) I enclosed a copy in an envelope AND
         (a) ☐ **deposited** the sealed envelope with the United States Postal Service with the postage fully prepaid.
         (b) ☐ **placed** the envelope for collection and mailing on the date and at the place shown in items below following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

      (2) The envelope was addressed and mailed as follows:

         (a) Name of person served:
         (b) Address on envelope:
         (c) Date of mailing:
         (d) Place of mailing *(city and state)*:

   b. ☐ **Personal delivery.** I personally delivered a copy as follows.
      (1) Name of person served:
      (2) Address where delivered:
      (3) Date delivered:
      (4) Time delivered:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: _____

JOHN   AUGUST
_____
(TYPE OR PRINT NAME)

▶ *John August*
_____
(SIGNATURE OF DECLARANT)

MC-012 [Rev. September 1, 2018]

**MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT OF CREDIT, AND DECLARATION OF ACCRUED INTEREST**

Page 2 of 2

USA_000069

**FW-003**

## Order on Court Fee Waiver
## (Superior Court)

*Clerk stamps date here when form is filed.*

**FILED**
Superior Court of California
County of Los Angeles

11/30/2020

Sherri R. Carter, Executive Officer / Clerk of Court

By: _____ K. Chan _____ Deputy

**①** **Person who asked the court to waive court fees:**

Name: John August

Street or mailing address: 5939 Coldbrook Ave. Room 3

City: Lakewood   State: CA   Zip: 90713

**②** **Lawyer, if person in ① has one** *(name, firm name, address, phone number, e-mail, and State Bar number):*

_____

_____

_____

_____

_____

*Fill in court name and street address:*

**Superior Court of California, County of Los Angeles**

Stanley Mosk Courthouse

111 North Hill Street

Los Angeles CA 90012

*Fill in case number and name:*

**Case Number:**
19STSC13664

**Case Name:**
JOHN AUGUST vs ST. JOHN'S WELL CHILD AND FAMILY CENTER INC.

**③** A request to waive court fees was filed on *(date):* 11/30/2020

☐ The court made a previous fee waiver order in this case on *(date):*

_____

*Read this form carefully. All checked boxes ☑ are court orders.*

**Notice:** The court may order you to answer questions about your finances and later order you to pay back the waived fees. If this happens and you do not pay, the court can make you pay the fees and also charge you collection fees. If there is a change in your financial circumstances during this case that increases your ability to pay fees and costs, you must notify the trial court within five days. (Use form FW-010.) If you win your case, the trial court may order the other side to pay the fees. If you settle your civil case for **$10,000** or more, the trial court will have a lien on the settlement in the amount of the waived fees. The trial court may not dismiss the case until the lien is paid.

**④** After reviewing your:     ☑ *Request to Waive Court Fees*     ☐ *Request to Waive Additional Court Fees*
**the court makes the following orders:**

a. ☑ The court **grant**s your request, as follows:

(1) ☑ **Fee Waiver.** The court grants your request and waives your court fees and costs listed below. *(Cal. Rules of Court, rules 3.55 and 8.818.)* You do not have to pay the court fees for the following:

- Filing papers in superior court
- Making copies and certifying copies
- Sheriff's fee to give notice
- Court fee for phone hearing
- Giving notice and certificates
- Sending papers to another court department
- Reporter's fee for attendance at hearing or trial, if the court is not electronically recording the proceeding and you request that the court provide an official reporter
- Assessment for court investigations under Probate Code section 1513, 1826, or 1851
- Preparing, certifying, copying, and sending the clerk's transcript on appeal
- Holding in trust the deposit for a reporter's transcript on appeal under rule 8.130 or 8.834
- Making a transcript or copy of an official electronic recording under rule 8.835

(2) ☐ **Additional Fee Waiver.** The court grants your request and waives your additional superior court fees and costs that are checked below. *(Cal. Rules of Court, rule 3.56.)* You do not have to pay for the checked items.

☐ Jury fees and expenses
☐ Fees for court-appointed experts
☐ Other *(specify):* _____
☐ Fees for a peace officer to testify in court
☐ Court-appointed interpreter fees for a witness

Judicial Council of California, *www.courts.ca.gov*
Revised September 1, 2019, Mandatory Form
Government Code, § 68634(e)
Cal. Rules of Court, rule 3.52

**Order on Court Fee Waiver (Superior Court)**

**FW-003**, Page 1 of 3

USA_000070

Your name: John August

| Case Number: |
| --- |
| 19STSC13664 |

b. ☐ The court **denies** your fee waiver request because:

> **Warning!** If you miss the deadline below, the court cannot process your request for hearing or the court papers you filed with your original request. If the papers were a notice of appeal, the appeal may be dismissed.

(1) Your request is incomplete. You have **10 days** after the clerk gives notice of this Order (see date of service ☐ on next page) to:
- Pay your fees and costs, or
- File a new revised request that includes the incomplete items listed:
  - ☐ Below    ☐ On Attachment 4b(1)

_____
_____
_____
_____

(2) ☐ The information you provided on the request shows that you are not eligible for the fee waiver you requested for the reasons stated: ☐ Below    ☐ On Attachment 4b(2)

_____
_____
_____
_____
_____

The court has enclosed a blank *Request for Hearing About Court Fee Waiver Order (Superior Court)* (form FW-006). You have **10 days** after the clerk gives notice of this order (see date of service below) to:
- Pay your fees and costs in full or the amount listed in c below, or
- Ask for a hearing in order to show the court more information. *(Use form FW-006 to request hearing.)*

c. (1) ☐ The court needs more information to decide whether to grant your request. You must go to court on the date on page 3. The hearing will be about the questions regarding your eligibility that are stated:
☐ Below    ☐ On Attachment 4c(1)

_____
_____
_____
_____

(2) ☐ Bring the items of proof to support your request, if reasonably available, that are listed:
☐ Below    ☐ On Attachment 4c(2)

_____
_____
_____
_____
_____
_____

**This is a Court Order.**

**Order on Court Fee Waiver (Superior Court)**

Your name: John August

**Case Number:**

19STSC13664

Hearing Date →

Date: _____   Time: _____

Dept.: _____   Room: _____

Name and address of court if different from above:

_____

_____

_____

_____

**Warning!** If item c(1) is checked, and you do not go to court on your hearing date, the judge will deny your request to waive court fees, and you will have 10 days to pay your fees. If you miss that deadline, the court cannot process the court papers you filed with your request. If the papers were a notice of appeal, the appeal may be dismissed.

*Sherri R. Carter, Executive Officer / Clerk of Court*

*K. Chan*

Date: 11/30/2020 _____

Signature of (check one):   ☐ *Judicial Officer*   ☑ *Clerk, Deputy*

### Request for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the hearing. Contact the clerk's office for *Request for Accommodations by Persons With Disabilities and Response* (form MC-410). (Civ. Code, § 54.8.)

### Clerk's Certificate of Service

I certify that I am not involved in this case and *(check one):*

☑ I handed a copy of this Order to the party and attorney, if any, listed in ① and ②, at the court, on the date below.

☐ This order was mailed first class, postage paid, to the party and attorney, if any, at the addresses listed in ① and ②, from *(city):* Los Angeles _____, California, on the date below.

☐ A certificate of mailing is attached.

Date: 11/30/2020 _____   Sherri R. Carter, Executive Officer / Clerk of Court

Clerk, by K. Chan _____, Deputy
Name: _____

**This is a Court Order.**

**Order on Court Fee Waiver (Superior Court)**

**FW-003**, Page 3 of 3

USA_000072

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA**<br>**COUNTY OF LOS ANGELES** | Reserved for Clerk's File Stamp |
| COURTHOUSE ADDRESS:<br>Stanley Mosk Courthouse<br>111 North Hill Street, Los Angeles, CA 90012 | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>**12/03/2020**<br>Sherri R. Carter, Executive Officer / Clerk of Court<br>By: _____ A. Rising _____ Deputy |
| PLAINTIFF/PETITIONER:<br>John August | |
| DEFENDANT/RESPONDENT:<br>St. John's Well Child and Family Center Inc. | |
| **CERTIFICATE OF MAILING** | CASE NUMBER:<br>19STSC13664 |

**I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Minute Order (Court Order) of 12/03/2020 upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.**

John August
8939 Cold5rook Ave.
Room 3
Lakeb ood, CA  90w13

St. John's Well Child and Family Center Inc.
707 W. 87th St.
Los Angeles, CA  9003w

Sherri R. Carter, Executive Officer / Clerk of Court

Dated: 12/10/2020                    By: _A. Rising_____
                                         Deputy Clerk

**CERTIFICATE OF MAILING**

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Central District, Stanley Mosk Courthouse, Department 1A

19STSC13664                                                   December 3, 2020
**JOHN AUGUST vs ST. JOHN'S WELL CHILD AND FAMILY**                8:30 AM
**CENTER INC.**

Judge: Honorable Samantha Jessner          CSR: None
Judicial Assistant: A. Rising              ERM: None
Courtroom Assistant: None                  Deputy Sheriff: None

APPEARANCES:

For Plaintiff(s): No Appearances

For Defendant(s):  No Appearances

**NATURE OF PROCEEDINGS:** Court Order

The Defendant's Request for Court Order and Answer to vacate the dismissal of its appeal and reschedule the appeal hearing filed on November 10, 2020 is reviewed by the Court in chambers.

Upon review of the above indicated request, the Court rules as follows:

The request is granted.

The August 17, 2020 entry of dismissal of The Notice of Appeal on Small Claims Judgment filed by St. John's Well Child and Family Center Inc. on 03/06/2020 is hereby vacated.

Small Claims Appeal - Trial De Novo is scheduled for 03/30/2021 at 01:30 PM in Department 1A at Stanley Mosk Courthouse.

The Court orders the defendant's address corrected as follows: 808 W. 58th St., Los Angeles, CA 90037.

The Writ of Execution issued on November 30, 2020 is stayed pending the above indicated appeal hearing.

The Order on Request for Court Order is signed, filed and entered this date.

A certified copy of this minute order is hand delivered to the levying officer located at 110 N. Grand Avenue, Room 525, Los Angeles, CA 90012..

Certificate of Mailing is attached.

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF LOS ANGELES

Reserved for Clerk's File Stamp

**FILED**
Superior Court of California
County of Los Angeles

02/23/2021

Sherri R. Carter, Executive Officer / Clerk of Court

By: _____ M. Faune _____ Deputy

COURTHOUSE ADDRESS:
Stanley Mosk Courthouse
111 North Hill Street, Los Angeles, CA 90012

PLAINTIFF/PETITIONER:
John August

DEFENDANT/RESPONDENT:
St. John's Well Child and Family Center Inc.

## CERTIFICATE OF MAILING

CASE NUMBER:
19STSC13664

**I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Online Dispute Resolution (ODR) Meet and Confer - Small Claims  upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.**

John August
8939 Cold5rook Ave.
Room 3
Lakeb ood, CA  90w13

St. John's Well Child and Family Center Inc.
707 W. 87th St.
Los Angeles, CA  9003w

Sherri R. Carter, Executive Officer / Clerk of Court

Dated: 02/23/2021

By: M. Faune _____
Deputy Clerk

**CERTIFICATE OF MAILING**