JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN AUGUST,<br>　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES OF AMERICA,<br>　　　Defendant. | CV 21-2635 DSF (PVCx)<br><br>JUDGMENT |

　　The Court having granted a motion to dismiss and Plaintiff having not amended his complaint within the time allowed by the Court,

　　IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date:  November 12, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　　United States District Judge